# 20 Civ. 06274 (LAK)

**United States District Court**

*for the*

**Southern District of New York**

───────────────────────────

IN RE TRANSCARE CORPORATION, ET AL.

DEBTORS,

───────────────────────────

PATRIARCH PARTNERS AGENCY SERVICES, LLC, ET AL.

DEFENDANTS-APPELLANTS,

—against—

SALVATORE LAMONICA, AS CHAPTER 7 TRUSTEE OF THE JOINTLY-ADMINISTERED ESTATES OF TRANSCARE CORPORATION, ET AL.,

PLAINTIFF-APPELLEE.

───────────────────────────

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (BERNSTEIN, J.)

IN RE: TRANSCARE CORPORATION, ET AL., CASE NO. 16-10407 (SMB)

LAMONICA V. TILTON, ET AL., ADV. PROC. NO. 18-1021 (SMB)

## APPENDIX TO BRIEF FOR THE APPELLANTS

# Volume XIV- A3151-A3166

PP-TRBK0028600







# Original recovery plan

- Eliminate poorly performing contracts.

- Establish a no-miss revenue run rate at 130M$

- Drive profitability of 8M$ EBITDA on base line by:

- Cutting direct costs and overheads by $500K / month

- Cutting corporate costs by $200K / month.

- Improve collection of old AR by 150K$ / month

- Drive new customer acquisition to an upside profitability and use generated liquidity to rejuvenate fleet at the rate of 5 ambulances per month

2

PP-TRBK0028601

PP-TRBK0028602

#  Critical Liquidity Issue

- Company has poorly executed its defined recovery plan.

- Significantly more distressed and deteriorating situation.

- Payroll due 2/5 is requiring a $1.9 million funding tomorrow

- Two paths to profitability presented here:

- Fast Path. 36% reduction in revenue, elimination of 1,460 jobs. But longer path to rebuild the growth.

- Slower path. Needs $6.7 million between now and April in emergency cash, an estimated $8 million in infrastructure investment by July, but establishes a basis for faster growth

3

# Cash Flow



| TransCare Corporation 13 Week Cash Plan (000's Omitted) | Plan Week 2 2/6/15 | Plan Week 3 2/13/15 | Plan Week 4 2/20/15 | Plan Week 5 2/27/15 | Plan Week 6 3/6/15 | Plan Week 7 3/13/15 | Plan Week 8 3/20/15 | Plan Week 9 3/27/15 | Plan Week 10 4/3/15 | Plan Week 11 4/10/15 | Plan Week 12 4/17/15 | Plan Week 13 4/24/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL RECEIPTS | $1,487 | $4,116 | $1,256 | $1,570 | $1,570 | $3,970 | $1,570 | $1,570 | $1,570 | $1,472 | $3,872 | $1,472 |
| DISBURSEMENTS | | | | | | | | | | | | |
| Total payroll & benefits | $1,759 | $1,759 | $2,209 | $1,759 | $1,759 | $1,759 | $2,209 | $1,759 | $1,759 | $630 | $630 | $630 |
| Insurance | $55 | $522 | $972 | $877 | $113 | $648 | $241 | $287 | $209 | $195 | $445 | $61 |
| Debt interest | $39 | $27 | $- | $- | $405 | $27 | $- | $- | $400 | $27 | $- | $- |
| Other disbursements Total other disbursements | $683 | $306 | $529 | $207 | $280 | $251 | $261 | $246 | $239 | $224 | $314 | $182 |
| TOTAL DISBURSEMENTS | $2,535 | $2,613 | $3,710 | $2,843 | $2,558 | $2,684 | $2,710 | $2,291 | $2,606 | $1,076 | $1,389 | $873 |
| CHANGE IN CASH | $(1,048) | $1,502 | $(2,454) | $(1,273) | $(988) | $1,286 | $(1,141) | $(722) | $(1,036) | $396 | $2,482 | $599 |
| NET AVAILABLE CASH | $(1,871) | $(1,530) | $(3,394) | $(4,634) | $(5,454) | $(3,494) | $(3,648) | $(6,110) | $(6,683) | $(6,561) | $(2,099) | $(3,731) |

PP-TRBK0028603

4



# Fast Path to Profit

| Segment | Amounts in Millions | | Headcount | Reliable ambulances needed |
|---|---|---|---|---|
| | Revenue | EBITDA | | |
| 2014 Projection /Actual | $131.1 | $0.3 | 0.3% | 2,218 | 415 |
| NYC EMS# | $29.0 | $7.0 | 24.0% | 83 | 55 |
| MTA | $27.0 | $3.7 | 13.7% | 450 | - |
| 911/Hudson | $12.0 | $0.8 | 6.3% | 40 | 16 |
| Pittsburgh | $8.0 | $0.6 | 7.5% | 150 | 50 |
| Westchester | $7.0 | $0.7 | 10.0% | 20 | 9 |
| Streamlined corporate | $- | -$3.0 | | 15 | |
| **Foundation business** | **$83.0** | **$9.7** | **11.7%** | **758** | **130** |
| **Delta** | **$-48.1** | **$9.4** | **-19.5%** | **-1,460** | **- 285** |
| | -37% | 2,723% | | -66% | -69% |

PP-TRBK0028604

5

# Fast Path to Profit

- Cut revenues by 36% and 1,460 employees.
- 90 day execution driven by WARN and contracts.
- Some potential contract add backs after re-pricing.

- Key point of risk:
- Wells Fargo credit line
- Communication to customers
- Eliminates community paramedicine programs

PP-TRBK0028605

# Fast Path to Profit

- **Possible keeps (will know next week):**
- **Mount Sinai**
- **Montefiore**
- **Lutheran**
- **Lutheran billing**
- **Bronx Lebanon**
- **Maryland**
- **Special Event (may be viable if we stay in NYC)**
- **Definite cuts:**
- **Philadelphia**
- **Delaware**
- **Other New York clients**

PP-TRBK0028606

# Slower Path to Profit

- Need $6.7 million in emergency cash thru March
- Need an estimated $8 million in infrastructure refresh
- Major process reengineering to improve operating effectiveness and timely reporting
- Need to change contracts and pricing
- Key point of risk:
- Immediate cash demand
- Interim results not yet quantified (week away)
- Secondary investment
- ROI predicated on future growth

8

PP-TRBK0028607



**A3159**

PP-TRBK0028608





The driving force in health care

PP-TRBK0028609



A3161

PP-TRBK0028610



PP-TRBK0028611



PP-TRBK0028612



PP-TRBK0028613



PP-TRBK0028614



PP-TRBK0028615