# 20 Civ. 06274 (LAK)

**United States District Court**

*for the*

**Southern District of New York**

_____

*IN RE TRANSCARE CORPORATION*, ET AL.

DEBTORS,

_____

PATRIARCH PARTNERS AGENCY SERVICES, LLC, ET AL.

DEFENDANTS-APPELLANTS,

—against—

SALVATORE LAMONICA, AS CHAPTER 7 TRUSTEE OF THE JOINTLY-ADMINISTERED ESTATES OF TRANSCARE CORPORATION, ET AL.,

PLAINTIFF-APPELLEE.

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (BERNSTEIN, J.)

IN RE: TRANSCARE CORPORATION, ET AL., CASE NO. 16-10407 (SMB)

LAMONICA V. TILTON, ET AL., ADV. PROC. NO. 18-1021 (SMB)

**APPENDIX TO BRIEF FOR THE APPELLANTS**

# Volume XXV- A3566-A3570

**Schedule I**

## COPYRIGHTS

NONE

## COPYRIGHT LICENSES

NONE

## COPYRIGHT APPLICATIONS

NONE

I-1

**Schedule II**

## PATENTS

NONE

## PATENT LICENSES

NONE

## PATENT APPLICATIONS

NONE

II-1

**Schedule III**

**TRADEMARKS**

1. The Grantors have the following registered trademarks or service marks:

| Trademark | U.S. Registration No. and Date | Grantor |
|---|---|---|
| 1. TRANSCARE & Design | 2,143,825 3/17/98 | TransCare Corporation |
| 2. METROLANCE | 2,238,104 4/13/99 | TransCare New York, Inc. |
| 3. CARE COACH | 1,816,176 1/11/94 | TransCare Pennsylvania, Inc. |
| 4. MN Metro North Ambulance | 1,987,148 7/16/96 | TransCare New York, Inc. |

2. Certain Grantors use the names listed below in connection with the operation of their businesses. Certain of the assumed names are trademarks or service marks of third parties and the Grantors are authorized to use such names on ambulances pursuant to contracts for ambulance service with such third parties.

| Grantor | Assumed Names |
|---|---|
| TransCare New York, Inc. | METROCARE |
| | Metropolitan Ambulance and First-Aid |
| | Unimet Ambulance |
| | Metro North Ambulance |
| | Metro West |
| | Physicians' Ambulance Service |
| | Brookdale University Hospital and Medical Center |
| | Beth Israel Medical Center Ambulance Service |
| | St. Barnabas Hospital |
| | United Ambulance |
| | Big Apple Ambulance |
| | Unimet Ambulette |
| | Parkway Hospital Emergency Ambulance Service |
| | New York Community Hospital Emergency Ambulance Service |
| | Kingsbrook Jewish Medical Center Emergency Ambulance Service |
| | TMS Services |
| | Montefiore Medical Center Ambulance Service |
| | New York Westchester Square Medical Center |

III-1

TRANSCARE00230142

|  |  |
|---|---|
|  | Ambulance Service |
|  | The Brooklyn Hospital Center Caledonian Campus Ambulance Service |
|  | Metro EMS |
|  | North General Hospital Emergency Ambulance Service |
|  | Bronx Lebanon Hospital Center Emergency Ambulance Service |
|  | Mount Sinai Medical Center |
|  | Mid-Hudson Valley Ambulance Service |
|  | Albert Einstein College of Medicine (a division of Montefiore Medical Center) Ambulance Service |
|  | FastCare |
|  | Mount Sinai NYU Health |
| TCBA Ambulance, Inc. | Big Apple Ambulance Service |
|  | St. Barnabas Hospital Emergency Service |
| **Grantor** | **Assumed Names** |
| TC Ambulance Corporation | Brookdale University Hospital and Medical Center |
|  | Metro North Ambulance |
|  | METROCARE |
|  | Beth Israel Medical Center Ambulance Service |
|  | St. Barnabas Hospital Emergency Ambulance Service |
|  | Parkway Hospital Emergency Ambulance Service |
|  | New York Community Hospital Emergency Ambulance Service |
|  | Kingsbrook Jewish Medical Center Emergency Ambulance Service |
|  | Montefiore Medical Center Ambulance Service |
|  | New York Westchester Square Medical Center Ambulance Service |
|  | The Brooklyn Hospital Center Caledonian Campus Ambulance Service |
|  | Metro EMS |
|  | Mount Sinai NYU Health |
|  | North General Hospital Emergency Ambulance Service |
|  | Bronx Lebanon Hospital Center Emergency Ambulance Service |
|  | Mount Sinai Medical Center |
|  | Albert Einstein College of Medicine (a division of Montefiore Medical Center) Ambulance Service |

III-2

**A3569**

TRANSCARE00230143

| | |
|---|---|
| TC Ambulance North, Inc. | METROCARE<br>Physicians' Ambulance Service<br>St. Barnabas Hospital |
| TC Ambulance Group, Inc. | Metropolitan Ambulance and FirstAid<br>METROCARE<br>Beth Israel Medical Center Ambulance Service<br>Montefiore Medical Center Ambulance Service<br>New York Westchester Square Medical Center Ambulance Service<br>The Brooklyn Hospital Center Caledonian Campus Ambulance Service<br>Albert Einstein College of Medicine (a division of Montefiore Medical Center) Ambulance Service |

| Grantor | Assumed Names |
|---|---|
| TransCare Westchester, Inc. | Abbey Richmond Ambulance Service<br>METROCARE |
| TC Hudson Valley Ambulance Corp. | Mid-Hudson Valley Ambulance Service<br>MetroCare |
| TC Billing and Services Corp. | Billing Associates |

### TRADEMARK LICENSES

See Item 2 on this Schedule III.

### TRADEMARK APPLICATIONS

NONE