# 20 Civ. 06274 (LAK)

## United States District Court

### *for the*

## Southern District of New York

_____

IN RE TRANSCARE CORPORATION, ET AL.

DEBTORS,

_____

PATRIARCH PARTNERS AGENCY SERVICES, LLC, ET AL.,

DEFENDANTS-APPELLANTS,

—against—

SALVATORE LAMONICA, AS CHAPTER 7 TRUSTEE OF THE JOINTLY-ADMINISTERED ESTATES OF TRANSCARE CORPORATION, ET AL.,

PLAINTIFF-APPELLEE.

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (BERNSTEIN, J.)

IN RE: TRANSCARE CORPORATION, ET AL., CASE NO. 16-10407 (SMB)

LAMONICA V. TILTON, ET AL., ADV. PROC. NO. 18-1021 (SMB)

## APPENDIX TO BRIEF FOR THE APPELLANTS

# Volume XXVI- A3571-A3582

**Schedule IV**

**VEHICLES**

**Schedule of Commercial Vehicles**

**TRANSCARE NEW YORK, INC.**

**As of June 30, 2003**

| Veh # | Unit ID | Location | OOS | Vehicle Description | Vehicle ID Number | Owned/ Leased |
|---|---|---|---|---|---|---|
| 1 | 110 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE24423VHA73528 | Owned |
| 2 | 130 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2421VHA09665 | Owned |
| 3 | 135 | MV-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2423VHA09666 | Owned |
| 4 | 140 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2429VHA66910 | Owned |
| 5 | 145 | MV-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2420VHA69405 | Owned |
| 6 | 150 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2427VHA69353 | Owned |
| 7 | 165 | MV-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2421VHA73527 | Owned |
| 8 | 180 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2420VHA73521 | Owned |
| 9 | 185 | MV-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2423VHB65593 | Owned |
| 10 | 200 | NY-OOS | Y | 1997 Ford Ambulette-4 AMBNE | 1FTEE1426VHA83256 | Owned |
| 11 | 210 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1420VHA83253 | Owned |
| 12 | 215 | NY-OTH | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1429VHA83249 | Owned |
| 13 | 220 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1429VHA67035 | Owned |
| 14 | 225 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1420VHA95449 | Owned |
| 15 | 230 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1422VHA94478 | Owned |
| 16 | 235 | MV-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1420VHB76967 | Owned |
| 17 | 240 | NY-OOS | Y | 1997 Ford Ambulette-4 AMBNE | 1FTEE1428VHB65585 | Owned |
| 18 | 250 | NY-OOS | Y | 1997 Ford Ambulette-4 AMBNE | 1FTEE1429VHB76966 | Owned |
| 19 | 255 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1422VHB76968 | Owned |
| 20 | 260 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1423WHA02555 | Owned |
| 21 | 265 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1424WHA00765 | Owned |
| 22 | 270 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1421WHA01517 | Owned |
| 23 | 275 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1421WHA17152 | Owned |
| 24 | 280 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1425WHA02606 | Owned |
| 25 | 285 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1424WHA17131 | Owned |
| 26 | 610 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2421VHB65592 | Owned |
| 27 | 615 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2421VHA69350 | Owned |
| 28 | 620 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2424VHA69360 | Owned |
| 29 | 625 | MV-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2429VHA69340 | Owned |
| 30 | 635 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2429VHA39187 | Owned |
| 31 | 645 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2420VHA39191 | Owned |
| 32 | 650 | MV-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2420VHA66908 | Owned |
| 33 | 660 | NY-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2422VHA69406 | Owned |
| 34 | 700 | NY-IC | | 1997 Ford Ambulette-2 AMBNE | 1FTHE2428VHA17259 | Owned |
| 35 | 715 | NY-IC | | 1997 Ford Ambulette-3 AMBNE | 1FTEE1421VHA25524 | Owned |
| 36 | 720 | MV-IC | | 1997 Ford Ambulette-3 AMBNE | 1FTEE1426VHA17256 | Owned |

IV-1

**A3571**

| 37 | T4 | NY-OTH | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1428VHA40358 | Owned |
|----|----|--------|--|------------------------------|-------------------|-------|
| 38 | 760 | NY-OOS | Y | 1997 Ford Ambulette-4 AMBNE | 1FTEE1422VHA60444 | Owned |
| 39 | 765 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1424VHA60445 | Owned |
| 40 | 770 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1420VHA60443 | Owned |
| 41 | 775 | NY-OOS | Y | 1997 Ford Ambulette-4 AMBNE | 1FTEE1427VHA60441 | Owned |
| 42 | 800 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE142XWHB67616 | Owned |
| 43 | 805 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE142XWHB61797 | Owned |
| 44 | 810 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE142XWHB61802 | Owned |
| 45 | 815 | NY-IC | | 1998 Ford Ambulette-4 AMBNE | 1FTRE1421WHB61803 | Owned |
| 46 | 820 | MV-IC | | 1998 Ford Ambulette-1 AMBNE | 1FTNE2427WHA84973 | Owned |
| 47 | 825 | NY-IC | | 1998 Ford Ambulette-1 AMBNE | 1FTNE2420WHA84989 | Owned |
| 48 | 835 | MV-IC | | 1998 Ford Ambulette-1 AMBNE | 1FTNE2424WHA66589 | Owned |
| 49 | 900 | NY-IC | | 1999 Ford Ambulette-1 AMBNE | 1FTRE1428XHA64552 | Owned |
| 50 | 905 | NY-IC | | 1999 Ford Ambulette-1 AMBNE | 1FTRE142XXHA64553 | Owned |
| 51 | 910 | NY-IC | | 1999 Ford Ambulette-1 AMBNE | 1FTRE1421XHA64554 | Owned |
| 52 | 915 | NY-IC | | 1999 Ford Ambulette-1 AMBNE | 1FTRE1423XHA64555 | Owned |
| 53 | 920 | NY-IC | | 1999 Ford Ambulette-1 AMBNE | 1FTRE1425XHA64556 | Owned |
| 54 | 925 | NY-OTH | | 1999 Ford PP-1 VAN | 1FTRE1425XHB54371 | Owned |
| 55 | 930 | NY-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2421YHC05421 | Leased |
| 56 | 935 | NY-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2420YHC05409 | Leased |
| 57 | 940 | NY-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2427YHC05424 | Leased |
| 58 | 020 | NY-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24252HA23051 | Leased |
| 59 | 050 | NY-IC | | 2000 FORD E150-1 AMBNE | 1FTRE1424YHB79554 | Leased |
| 60 | 055 | NY-IC | | 2000 FORD E150-1 AMBNE | 1FTRE1426YHB79555 | Leased |
| 61 | 060 | NY-IC | | 2000 FORD E150-1 AMBNE | 1FTRE1428YHB79556 | Leased |
| 62 | 095 | NY-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2421YHB99278 | Leased |
| 63 | 100 | LI-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24292HA25191 | Leased |
| 64 | LS4/120 | NY-OTH | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2426VHB59609 | Owned |
| 65 | 125 | LI-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2421VHB59601 | Owned |
| 66 | 155 | LI-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24202HA25385 | Leased |
| 67 | 190 | LI-IC | | 1997 Ford Ambulette-1 AMBNE | 1FTHE2427VHB65595 | Owned |
| 68 | 195 | LI-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24262HA25388 | Leased |
| 69 | 205 | NY-IC | | 1997 Ford Ambulette-4 AMBNE | 1FTEE1423VHA83246 | Owned |
| 70 | 290 | LI-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24202HA25192 | Leased |
| 71 | 295 | LI-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24202HA25189 | Leased |
| 72 | 630 | NY-OOS | Y | 1997 Ford Ambulette-1 AMBNE | 1FTHE2428VHA73525 | Owned |
| 73 | 830 | NY-IC | | 1998 Ford Ambulette-1 AMBNE | 1FTNE2427WHA84939 | Owned |
| 74 | 840 | LI-IC | | 1998 Ford Ambulette-1 AMBNE | 1FTNE2423WHA84954 | Owned |
| 75 | 845 | NY-IC | | 1998 Ford Ambulette-1 AMBNE | 1FTNE2429WHA66586 | Owned |
| 76 | 945 | NY-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2420YHB85761 | Leased |
| 77 | 950 | LI-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2422YHB85759 | Leased |
| 78 | 955 | LI-IC | | 2000 Ford Ambulette-1 AMBNE | 1FTNE2429YHB85760 | Leased |
| 79 | 960 | NY-IC | | 2000 Ford Ambulette-5 AMBNE | 1FTNE2420YHC05426 | Leased |
| 80 | 015 | NY-IC | | 2000 Ford E250-1 AMBNE | 1FTNE2421YHB56107 | Leased |
| 81 | 035 | NY-IC | | 2000 Ford E250-1 AMBNE | 1FTNE2428YHB56105 | Leased |
| 82 | 040 | NY-IC | | 2000 Ford E250-1 AMBNE | 1FTNE2425YHB54652 | Leased |
| 83 | 045 | LI-IC | | 2002 Ford Ambulette-1 AMBNE | 1FTNE24222HA25193 | Leased |
| 84 | 110 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F41HA58341 | Leased |

IV-2

A3572

TRANSCARE00230146

| 85 | 125 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F21HA58337 | Leased |
|----|-----|-------|--|-----------------------------|-------------------|--------|
| 86 | 130 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F31HA65815 | Leased |
| 87 | 135 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F01HB65757 | Leased |
| 88 | 140 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F51HB45701 | Leased |
| 89 | 145 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F21HB65758 | Leased |
| 90 | 150 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F11HB45727 | Leased |
| 91 | 155 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F81HB70544 | Leased |
| 92 | 160 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F41HB65759 | Leased |
| 93 | 169 | NY-OOS | Y | 1991 Ford Ambulnce-10 AMBE | 1FDHS34M7MHB18206 | Owned |
| 94 | 180 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F51HB17803 | Leased |
| 95 | 190 | NY-AB | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F71HB17804 | Leased |
| 96 | 203 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F52HA32686 | Leased |
| 97 | 207 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34FX2HA22204 | Leased |
| 98 | 210 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F22HA03808 | Leased |
| 99 | 215 | NY-AB | | 2002 Ford Ambulance-1 AMBE | 1FDSS34F72HA03805 | Leased |
| 100 | 217 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F32HA22190 | Leased |
| 101 | 220 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F22HA03811 | Leased |
| 102 | 223 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F12HA22401 | Leased |
| 103 | 225 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F12HA01046 | Leased |
| 104 | 227 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F62HA32728 | Leased |
| 105 | 230 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F42HA03812 | Leased |
| 106 | 235 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F72HA01066 | Leased |
| 107 | 237 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F02HA36595 | Leased |
| 108 | 240 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F92HA11078 | Leased |
| 109 | 245 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F32HA04529 | Leased |
| 110 | 253 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34FX2HA22400 | Leased |
| 111 | 255 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F52HA01048 | Leased |
| 112 | 263 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F62HA22197 | Leased |
| 113 | 265 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F02HA04536 | Leased |
| 114 | 273 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F62HA32664 | Leased |
| 115 | 280 | NY-AB | | 2002 Ford Ambulance-1 AMBE | 1FDSS34F52HA03804 | Leased |
| 116 | 283 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F52HA22191 | Leased |
| 117 | 290 | NY-AB | | 2002 Ford Ambulance-1 AMBE | 1FDSS34F02HA03807 | Leased |
| 118 | 293 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F72HA32706 | Leased |
| 119 | 295 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F22HA22200 | Leased |
| 120 | 570 | NY-AB | | 1995 Ford Ambulance-5 AMBE | 1FDJS30F9SHB47445 | Owned |
| 121 | 605 | WS-AB | | 1996 Ford Ambulance-1 AMBE | 1FDJS34F1THB55446 | Owned |
| 122 | 620 | WS-AB | | 1996 Ford Ambulance-5 AMBE | 1FDJS34F1THA42323 | Owned |
| 123 | 630 | WS-AB | | 1996 Ford Ambulance-5 AMBE | 1FDJS34F8THA27592 | Owned |
| 124 | 640 | NY-OOS | Y | 1996 Ford Ambulance-5 AMBE | 1FDJS34F7THA42228 | Owned |
| 125 | 700 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F2VHA74457 | Owned |
| 126 | 705 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F5VHA59919 | Owned |
| 127 | 707 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F7VHA98625 | Owned |
| 128 | 711 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F2VHB27318 | Owned |
| 129 | 713 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34FXVHB18155 | Owned |
| 130 | 715 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F2VHA32869 | Owned |
| 131 | 717 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F6VHB94150 | Owned |
| 132 | 720 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F3VHA39877 | Owned |

IV-3

TRANSCARE00230147

| 133 | 723 | WS-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F8VHB94151 | Leased |
|-----|-----|-------|---|----------------------------|-------------------|--------|
| 134 | 725 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F8VHA54956 | Owned |
| 135 | 727 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F0VHB18164 | Owned |
| 136 | 730 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F2VHA39885 | Owned |
| 137 | 733 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F9VHA50043 | Owned |
| 138 | 735 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F8VHA59820 | Owned |
| 139 | 737 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F2VHA80517 | Owned |
| 140 | 740 | NY-OOS | Y | 1997 Ford Ambulance-5 AMBE | 1FDJS34F5VHA39881 | Owned |
| 141 | 745 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F2VHA62843 | Owned |
| 142 | 750 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F6VHA39887 | Owned |
| 143 | 760 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F0VHA32868 | Owned |
| 144 | 763 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F4VHB27319 | Owned |
| 145 | 765 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F7VHA62840 | Owned |
| 146 | 768 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F0VHB59250 | Owned |
| 147 | 773 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDSS34F2WHA06262 | Owned |
| 148 | 775 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F5VHA74453 | Owned |
| 149 | 777 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F5VHA59838 | Owned |
| 150 | 780 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F4VHA39872 | Owned |
| 151 | 783 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F6VHA76115 | Owned |
| 152 | 790 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F0VHA39867 | Owned |
| 153 | 793 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F3VHA84723 | Owned |
| 154 | 795 | NY-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F6VHA62845 | Owned |
| 155 | 800 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34FXWHA18255 | Owned |
| 156 | 803 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F3WHB80986 | Owned |
| 157 | 805 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F2WHA18248 | Owned |
| 158 | 807 | WS-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F5WHB80990 | Owned |
| 159 | 810 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F7WHA18259 | Owned |
| 160 | 813 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34FXWHB80984 | Owned |
| 161 | 817 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F4WHB80981 | Owned |
| 162 | 820 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F6WHA35408 | Owned |
| 163 | 823 | WS-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F5WHB80987 | Owned |
| 164 | 825 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F8WHA39444 | Owned |
| 165 | 827 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F9WHB80989 | Owned |
| 166 | 830 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F4WHA39439 | Owned |
| 167 | 837 | WS-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F3WHC15770 | Owned |
| 168 | 840 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F9WHA39436 | Owned |
| 169 | 843 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F5WHC14720 | Owned |
| 170 | 845 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F3WHA39433 | Owned |
| 171 | 847 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F8WHC15781 | Owned |
| 172 | 850 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F2WHA72133 | Owned |
| 173 | 857 | NY-AB | | 1997 Ford Ambulance-1 AMBE | 1FDSS34F4WHA06263 | Owned |
| 174 | 860 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F3WHB25695 | Owned |
| 175 | 863 | NY-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F6WHB17753 | Owned |
| 176 | 867 | NY-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F4WHA84204 | Owned |
| 177 | 873 | NY-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F0WHA84202 | Owned |
| 178 | 880 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F7WHB80988 | Owned |
| 179 | 885 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F6WHB80982 | Owned |
| 180 | 890 | NY-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F1WHB80985 | Owned |

IV-4

A3574

TRANSCARE00230148

| 181 | 893 | NY-AB | 1997 Ford Ambulance-1 AMBE | 1FDSS34F6WHA06264 | Owned |
|---|---|---|---|---|---|
| 182 | 895 | NY-AB | 1998 Ford Ambulance-5 AMBE | 1FDSS34F8WHB80983 | Owned |
| 183 | 897 | NY-AB | 1998 Ford Ambulance-1 AMBE | 1FDSS34F6WHA84205 | Owned |
| 184 | 900 | LI-AB | 1999 Ford Ambulance-5 AMBE | 1FDSS34F9XHA58148 | Owned |
| 185 | 920 | NY-AB | 1999 Ford Ambulance-6 AMBE | 1FDSS34F0XHA58152 | Owned |
| 186 | 925 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSS34F9XHA26428 | Owned |
| 187 | 940 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSS34F1XHA44602 | Owned |
| 188 | 945 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSS34F9XHA44590 | Owned |
| 189 | 950 | NY-AB | 1999 Ford Ambulance-2 AMBE | 1FDSS34F2XHA58153 | Owned |
| 190 | 955 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSS34F4XHA58154 | Owned |
| 191 | 960 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSS34F6XHA58155 | Owned |
| 192 | 965 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSE30F4WHB50764 | Owned |
| 193 | 005 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F8YHB85099 | Leased |
| 194 | 025 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSE35F4YHA55293 | Leased |
| 195 | 030 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F3YHA97612 | Leased |
| 196 | 035 | NY-AB | 2000 Ford E350-5 AMBE | 1FDSS34F0YHB45535 | Leased |
| 197 | 037 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSE35F3YHB36091 | Leased |
| 198 | 040 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F6YHA97636 | Leased |
| 199 | 045 | NY-AB | 2000 Ford E350-5 AMBE | 1FDSS34F9YHB45534 | Leased |
| 200 | 047 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSE35F0YHB64687 | Leased |
| 201 | 050 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34FXYHA97638 | Leased |
| 202 | 055 | NY-AB | 2000 Ford E350-5 AMBE | 1FDSS34F2YHB45536 | Leased |
| 203 | 060 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F3YHA97643 | Leased |
| 204 | 065 | NY-AB | 2000 Ford E350-5 AMBE | 1FDSS34F4YHB45537 | Leased |
| 205 | 070 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F5YHA97630 | Leased |
| 206 | 080 | WS-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F9YHA97629 | Leased |
| 207 | 085 | NY-AB | 2000 Ford Ambulance-5 AMBE | 1FDSS34F6YHB85098 | Leased |
| 208 | 095 | NY-AB | 2000 Ford E350-5 AMBE | 1FDSS34F6YHB45541 | Leased |
| 209 | BD2 | NY-911 | 1998 Ford Ambulance-5 AMBE | 1FDSE30F0WHB45156 | Owned |
| 210 | BD1s | NY-911s | 2000 Ford Ambulance-5 AMBE | 1FDSS34F7YHA48753 | Leased |
| 211 | BD3s | NY-911s | 2001 Ford Ambulance-5 AMBE | 1FDSS34F91HB65756 | Leased |
| 212 | 975 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSE30F6XHB97456 | Leased |
| 213 | BI2 | NY-911 | 1999 Ford Ambulance-5 AMBE | 1FDSE30F8XHA53195 | Leased |
| 214 | BI6 | NY-911 | 2000 Ford Ambulance-8 AMBE | 1FDSS34F0YHA80458 | Leased |
| 215 | CL3s | NY-911s | 2000 Ford E350-5 AMBE | 1FDSS34F8YHB45539 | Leased |
| 216 | BI5 | NY-911 | 2001 Ford Ambulance-5 AMBE | 1FDSS34F71HB70549 | Leased |
| 217 | CL1 | NY-911 | 2001 Ford Ambulance-5 AMBE | 1FDSS34F91HB17805 | Leased |
| 218 | CL2 | NY-911 | 1999 Ford Ambulance-5 AMBE | 1FDWF36F4XEC18019 | Leased |
| 219 | 995 | NY-AB | 1999 Ford Ambulance-5 AMBE | 1FDSE30F0XHB95878 | Leased |
| 220 | CM2s | NY-911s | 2000 Ford Ambulance-5 AMBE | 1FDSS34F9YHA80457 | Leased |
| 221 | EN1 | NY-911 | 2002 Ford Ambulance-1 AMBE | 1FDSS34F62HA15430 | Leased |
| 222 | KB1 | NY-911 | 2000 FORD E350-5 AMBE | 1FDSS34FXYHB45543 | Leased |
| 223 | KB2 | NY-911 | 2000 Ford Ambulance-5 AMBE | 1FDSE35F3YHA90361 | Leased |
| 224 | CM3 | NY-911 | 2001 Ford Ambulance-5 AMBE | 1FDSS34F51HA86701 | Leased |
| 225 | MS1 | NY-911 | 2002 Ford Ambulance-5 AMBE | 1FDSS34F72HA22189 | Leased |
| 226 | MS2 | NY-911 | 2002 Ford Ambulance-5 AMBE | 1FDSE35F82HA09781 | Leased |
| 227 | MS3 | NY-911 | 2002 Ford Ambulance-5 AMBE | 1FDSS34F32HA22206 | Leased |
| 228 | MT1 | NY-911 | 2001 Ford Ambulance-5 AMBE | 1FDSS34FX1HA65813 | Leased |

IV-5

TRANSCARE00230149

| 229 | MT2 | NY-911 | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F4YHB73046 | Leased |
|---|---|---|---|---|---|---|
| 230 | MT4 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSE35F02HA15946 | Leased |
| 231 | NU1 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F52HA22210 | Leased |
| 232 | PK2s | NY-911s | | 2000 Ford E350-5 AMBE | 1FDSS34F8YHB45542 | Leased |
| 233 | SB1 | NY-911 | | 1998 Ford Ambulance AMBE | 1FDSE30F0WHC11317 | Leased |
| 234 | 057 | NY-AB | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F5YHA48752 | Leased |
| 235 | BL5s | NY-911s | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F1YHA48750 | Leased |
| 236 | SB4s | NY-911s | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F3YHA48751 | Leased |
| 237 | SB5 | NY-911 | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F81HB45708 | Leased |
| 238 | SB2 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F32HA36610 | Leased |
| 239 | WS1 | NY-911 | | 2000 Ford Ambulance-5 AMBE | 1FDSE35F6YHA94208 | Leased |
| 240 | WS2 | NY-911 | | 2001 Ford Ambulance-5 AMBE | 1FDSS34F11HA65814 | Leased |
| 241 | SP3s | NY-911s | | 1995 Ford Ambulance-5 AMBE | 1FDJS34F3SHC17783 | Owned |
| 242 | Bl3s | NY-911s | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F92HA36627 | Leased |
| 243 | 233 | WS-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F72HA22192 | Leased |
| 244 | 243 | WS-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F82HA22198 | Leased |
| 245 | 250 | WS-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F52HA11076 | Leased |
| 246 | 260 | WS-911 | | 2002 Ford Ambulance-1 AMBE | 1FDSS34F72HA11077 | Leased |
| 247 | 270 | WS-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F62HA03813 | Leased |
| 248 | 275 | WS-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F12HA04545 | Leased |
| 249 | 285 | WS-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F02HA01054 | Leased |
| 250 | 500 | NY-OOS | Y | 1995 Ford Ambulance-5 AMBE | 1FDJS34F7SHB87090 | Leased |
| 251 | 529 | WS-AB | | 1995 Ford Ambulance-1 AMBE | 1FDKE30F3SHB84365 | Owned |
| 252 | 590 | WS-AB | | 1995 Ford Ambulance-5 AMBE | 1FDJS34F4SHB43418 | Owned |
| 253 | 625 | WS-AB | | 1996 Ford Ambulance-5 AMBE | 1FDJS34F3THA58054 | Owned |
| 254 | 660 | WS-AB | | 1996 Ford Ambulance-5 AMBE | 1FDJS34F6THA57819 | Owned |
| 255 | 703 | WS-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F3VHB18157 | Owned |
| 256 | 709 | HV-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F8VHA76116 | Owned |
| 257 | 710 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F1VHA39876 | Owned |
| 258 | 712 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F4VHA80518 | Owned |
| 259 | 714 | WS-911 | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F7VHB92598 | Owned |
| 260 | 719 | WS-911 | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F6VHB98067 | Owned |
| 261 | 721 | NY-OOS | Y | 1997 Ford Ambulance-1 AMBE | 1FDJS34F1VHB92600 | Owned |
| 262 | 724 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDLE40F7VHA89998 | Owned |
| 263 | 726 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDLE40F2VHB02592 | Owned |
| 264 | 731 | WS-911 | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F3VHA59840 | Owned |
| 265 | 748 | WS-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F8VHB59237 | Owned |
| 266 | 755 | WS-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F1VHA59920 | Owned |
| 267 | 758 | WS-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F4VHB18152 | Owned |
| 268 | 778 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F1VHA54958 | Owned |
| 269 | 788 | WS-AB | | 1997 Ford Ambulance-5 AMBE | 1FDJS34FXVHA54960 | Owned |
| 270 | 797 | WS-911 | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F7VHA59839 | Owned |
| 271 | 798 | WS-911 | | 1997 Ford Ambulance-5 AMBE | 1FDJS34F3VHA62852 | Owned |
| 272 | 801 | HV-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F4WHB23700 | Owned |
| 273 | 833 | NY-OOS | Y | 1998 Ford Ambulance-5 AMBE | 1FDSS34F9WHC15756 | Owned |
| 274 | 835 | WS-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F4WHA39442 | Owned |
| 275 | 853 | WS-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F6WHC14712 | Owned |
| 276 | 875 | WS-AB | | 1998 Ford Ambulance-5 AMBE | 1FDSS34F2WHA43215 | Owned |

IV-6

A3576

| 277 | 877 | WS-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F7WHB17745 | Owned |
|---|---|---|---|---|---|---|
| 278 | 887 | WS-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F9WHA51408 | Owned |
| 279 | 905 | WS-911 | | 1999 Ford Ambulance-5 AMBE | 1FDSS34F7XHA58150 | Owned |
| 280 | 915 | WS-AB | | 1999 Ford Ambulance-5 AMBE | 1FDSS34F8XHA58156 | Owned |
| 281 | 935 | WS-911 | | 1999 Ford Ambulance-7 AMBE | 1FDSS34F7XHA26430 | Owned |
| 282 | 970 | WS-AB | | 1999 Ford Ambulance-5 AMBE | 1FDSE30F6WHB50765 | Owned |
| 283 | 027 | WS-AB | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F3YHB85107 | Leased |
| 284 | 213 | LI-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F92HA22209 | Leased |
| 285 | 910 | LI-AB | | 1999 Ford AMBULANCE-5 AMBE | 1FDSS34F9XHA58151 | Owned |
| 286 | 930 | LI-AB | | 1999 Ford AMBULANCE-5 AMBE | 1FDSS34F4XHA26434 | Owned |
| 287 | 010 | LI-AB | | 2000 FORD AMBULANCE-5 AMBE | 1FDSS34F2YHA90358 | Leased |
| 288 | 015 | LI-AB | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F0YHA97633 | Leased |
| 289 | 020 | LI-AB | | 2000 Ford Ambulance-5 AMBE | 1FDSS34F0YHA90360 | Leased |
| 290 | 075 | LI-AB | | 2000 Ford E350-5 AMBE | 1FDSS34F6YHB45538 | Leased |
| 291 | 090 | LI-AB | | 2000 Ford Ambulance-5 AMBE | 1FDSS34FXYHA97641 | Leased |
| 292 | 702 | LI-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F8VHA58683 | Owned |
| 293 | 706 | LI-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34FXVHB41757 | Owned |
| 294 | 708 | LI-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F8VHB22348 | Owned |
| 295 | 728 | WS-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34FXVHA84721 | Owned |
| 296 | 729 | LI-AB | | 1997 Ford Ambulance-1 AMBE | 1FDJS34F1VHA59836 | Owned |
| 297 | 802 | LI-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F1WHA51418 | Owned |
| 298 | 804 | LI-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F0WHA51412 | Owned |
| 299 | 806 | LI-AB | | 1998 Ford Ambulance-1 AMBE | 1FDSS34F2WHA51413 | Owned |
| 300 | B184 | NY-OTH | | 1997 Ford E-350-1 VAN | 1FDKE30F0VHA20530 | Owned |
| 301 | FM1 | NY-OTH | | 1998 Jeep Cherokee-1 SPORT | 1J4FJ68S1WL246203 | Owned |
| 302 | 102 | NY-OTH | | 1998 Jeep Cherokee-1 SPORT | 1J4FJ68S4WL237673 | Owned |
| 303 | 104 | NY-OTH | | 1995 Ford Explorer-1 SPORT | 1FMDU34X1SZB65306 | Owned |
| 304 | 105 | NY-OTH | | 1996 Jeep Cherokee-1 SPORT | 1J4FJ68S4TL311895 | Owned |
| 305 | 106 | NY-OTH | | 2001 Ford Escape-1 SPORT | 1FMYU02151KB99707 | Leased |
| 306 | 107 | WS-OTH | | 1994 Chevy Tahoe-1 SPORT | 1GNEK13R9VJ380609 | Owned |
| 307 | 108 | WS-OTH | | 1996 Chevy Suburban-5 SPORT | 1GNGK26RXTJ389634 | Leased |
| 308 | 204 | WS-OTH | | 2002 Ford Explorer-1 SPORT | 1FMZU73E72UB05489 | Leased |
| 309 | 206 | NY-OTH | | 2002 Ford Escape-1 SPORT | 1FMYU02112KA34383 | Leased |
| 310 | 207 | NY-OTH | | 2002 Ford Escape-1 SPORT | 1FMYU02152KA34385 | Leased |
| 311 | 211 | NY-OTH | | 2002 Ford Escape-1 SPORT | 1FMYU02132KA34384 | Leased |
| 312 | T3 / 060 | NY-OOS | Y | 1996 Ford F-150 -1 TK | 1FTEE14Y5THA07240 | Owned |
| 313 | FM2 | NY-OTH | | 1991 FORD E-250-1 PU | 1FTFE24Y1MHB36409 | Owned |
| 314 | KS1 | NY-OTH | | 1998 Ford E-350-4 VAN | 1FBSS31LXWHA34488 | Owned |
| 315 | LICH | NY-OOS | Y | 1995 Ford E-350-1 VAN | 1FBJS31H6SHA19388 | Leased |
| 316 | PH1 | NY-OTH | | 2001 Ford Windstar-1 VAN | 2FMZA51491BA21041 | Leased |
| 317 | PH2 | NY-OTH | | 2001 Ford Windstar-1 VAN | 2FMZA51481BA39241 | Leased |
| 318 | 103 | NY-OTH | | 2000 Jeep Cherokee-1 SPORT | 1J4FF48S8YL112667 | Leased |
| 319 | TOW | NY-OTH | | 2000 Int'l Flat Bed-1 TK | 1HTSCAAM3YH320789 | Leased |
| 320 | 101 | NY-OTH | | 2002 Ford Escape-1 SPORT | 1FMYU02152KB25706 | Leased |
| 321 | BL3 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSE35F82HA68345 | Leased |
| 322 | BL2 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F72HA77340 | Leased |

IV-7

A3577

TRANSCARE00230151

| 323 | SB6 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F72HA77063 | Leased |
|---|---|---|---|---|---|---|
| 324 | NJ1 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F12HA77222 | Leased |
| 325 | CM1 | NY-911 | | 2002 Ford Ambulance-5 AMBE | 1FDSE35F22HA77462 | Leased |
| 326 | 247 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34F12HB02524 | Leased |
| 327 | 257 | NY-AB | | 2002 Ford Ambulance-5 AMBE | 1FDSS34FX2HA96593 | Leased |
| 328 | 333 | NY-OOS | Y | 1993 CDC Van | 48LC3CDH9L1000025 | Leased |
| 329 | 287 | NY-AB | | 2002 Ford E 351 Ambulance | 1FDSE35F02HB15836 | Leased |
| 330 | 277 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSE35F02HB02661 | Leased |
| 331 | 267 | NY-OOS | Y | 2002 Ford E 351 Ambulance | 1FDSS34X2HB02568 | Leased |
| 332 | 200 | WS-AB | | 2002 Ford E 350 Ambulance | 1FDSS34F12HB40870 | Leased |
| 333 | 266 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F32HB40868 | Leased |
| 334 | 222 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F82HB02696 | Leased |
| 335 | 259 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F62HA77183 | Leased |
| 336 | 209 | NY-OTH | | 2002 Ford Escape | 1FMYU02182KC48884 | Leased |
| 337 | 208 | NY-OTH | | 2002 Ford Escape | 1FMYU02182KD81614 | Leased |
| 338 | 256 | HV-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F72HB40808 | Leased |
| 339 | 212 | HV-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F52HB40810 | Leased |
| 340 | 229 | HV-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F22HB40814 | Leased |
| 341 | 234 | HV-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F32HB40871 | Leased |
| 342 | 239 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F62HB40816 | Leased |
| 343 | 249 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F92HB40809 | Leased |
| 344 | 279 | NY-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F82HB40817 | Leased |
| 345 | 289 | WS-AB | | 2002 Ford E 351 Ambulance | 1FDSS34F52HB40869 | Leased |
| 346 | EN2 | NY-911 | | 2002 Ford E 351 Ambulance | 1FDSE35FX2HB60301 | Leased |
| 347 | FC1 | NY-AB | | 2002 Ford E 351 Ambulance | 1FDSE35F42HA44785 | Leased |
| 348 | FC2 | NY-AB | | 2002 Ford E 351 Ambulance | 1FDSE35F72HA61189 | Leased |
| 349 | 309 | WS-OTH | | 2003 Ford Explorer | 1FMZU73K13UA91239 | Leased |
| 350 | 300 | NY-IC | | 2003 Ford E-350 | 1FTSS34F13HA36840 | Leased |
| 351 | 310 | NY-IC | | 2003 Ford E-350 | 1FTSS34F23HA42209 | Leased |
| 352 | 320 | NY-IC | | 2003 Ford E-350 | 1FTSS34F33HA36841 | Leased |
| 353 | 330 | NY-IC | | 2003 Ford E-350 | 1FTSS34F63HA49843 | Leased |
| 354 | 340 | NY-IC | | 2003 Ford E-350 | 1FTSS34F83HA49844 | Leased |
| 355 | MT6s | NY-911s | | 2003 Ford E-350 Type II | 1FDSS34F53HA62112 | Leased |
| 356 | BD4 | NY-911 | | 2003 Ford E-350 | 1FDSS34FX3HA67578 | Leased |
| 357 | 303 | HV-AB | | 2003 Ford E-350 | 1FDSS34F63HA74298 | Leased |
| 358 | PK1 | NY-911 | | 2003 Ford E-350 | 1FDSS34F03HA77410 | Leased |
| 359 | BL1 | NY-911 | | 2003 Ford E-350 | 1FDSS34F43HA90239 | Leased |
| 360 | SB1 | NY-911 | | 2003 Ford E-350 Mini Mod Type III | 1FDSE35F93HA93823 | Leased |
| 361 | BI1 | NY-911 | | 2003 Ford E-350 Mini Mod Type III | 1FDSE35F03HA93824 | Leased |
| 362 | PK3 | NY-911 | | 2003 Ford E-350 Mini Mod Type III | 1FDSE35FX3HB05395 | Leased |
| 363 | KB3 | NY-911 | | 2003 Ford E-350 | 1FDSS34F23HA90238 | Leased |
| 364 | NJ2 | NY-911 | | 2003 Ford E-350 | 1FDSS34F13HA97231 | Leased |
| 365 | WS3 | NY-911 | | 2003 Ford E-350 | 1FDSS34F63HA97242 | Leased |
| 366 | BL4 | NY-911 | | 2003 Ford E-350 | 1FDSS34F83HA67580 | Leased |
| 367 | NU2s | NY-911s | | 2003 Ford E-350 | 1FDSS34F03HA74295 | Leased |
| 368 | MS4s | NY-911s | | 2003 Ford E-350 | 1FDSS34F03HA85894 | Leased |

IV-8

A3578

TRANSCARE00230152

| 369 | 315 | WS-AB | | 2003 Ford E-350 Type II XL | 1FDSS34F43HB01059 | Leased |
| 370 | 305 | NY-AB | | 2003 Ford E-350 Type II XL | 1FDSS34F53HB05394 | Leased |
| 371 | 310 | WS-AB | | 2003 Ford E-350 Type II XL | 1FDSS34F83HB01047 | Leased |

## TRANSCARE PENNSYLVANIA, INC.
### As of June 30, 2003

| Veh # | Unit ID | Location | OOS | Vehicle Description | Vehicle ID Number | Owned/ Leased |
|---|---|---|---|---|---|---|
| 1 | Coach 4 | PA-OOS | Y | 1993 Ford Ambulette AMBNE | 1FTFE24Y4PHA32968 | Owned |
| 2 | Coach 5 | PA-IC | | 1993 Ford Ambulette AMBNE | 1FTFE24YXPHA38600 | Owned |
| 3 | Coach 11 | PA-OOS | Y | 1994 Ford Ambulette AMBNE | 1FTFE24Y3RHA73207 | Owned |
| 4 | 9421 | PA-AB | | 1994 Ford Ambulance AMBE | 1FDJS34M1RHB09039 | Owned |
| 5 | Coach 11 | PA-IC | | 1994 Ford Ambulette AMBNE | 1FTFE24Y5RHB45069 | Owned |
| 6 | Coach 16 | PA-IC | | 1995 Ford Ambulette AMBNE | 1FTFE24Y2SHA55223 | Owned |
| 7 | Coach 15 | PA-IC | | 1995 Ford Ambulette AMBNE | 1FTFE24Y5SHA55233 | Owned |
| 8 | Coach 17 | PA-IC | | 1995 Ford Ambulette AMBNE | 1FTFE24Y6SHB29209 | Owned |
| 9 | Coach 18 | PA-IC | | 1994 Ford Ambulette AMBNE | 1FTFE24Y6RHA63514 | Owned |
| 10 | Coach 19 | PA-OOS | Y | 1995 Ford Ambulette AMBNE | 1FTFE24Y5SHB69085 | Owned |
| 11 | Coach 20 | PA-IC | | 1995 Ford Ambulette AMBNE | 1FTFE24Y6SHB69094 | Owned |
| 12 | 9411 | PA-AB | | 1994 Ford Ambulance AMBE | 1FDJS34M6RHC05877 | Owned |
| 13 | Coach 50 | PA-IC | | 1996 Ford Ambulette AMBNE | 1FTFE24YXTHA08189 | Owned |
| 14 | Coach 51 | PA-IC | | 1996 Ford Ambulette AMBNE | 1FTFS24Y9THB43101 | Owned |
| 15 | Coach 52 | PA-IC | | 1996 Ford Ambulette AMBNE | 1FTFS24Y0THB43102 | Owned |
| 16 | 9412 | PA-AB | | 1996 Ford Ambulance AMBE | 1FDJS34F5THB41419 | Owned |
| 17 | 9423 | PA-AB | | 1996 Ford Ambulance AMBE | 1FDJS34F1THB41420 | Owned |
| 18 | 9424 | PA-AB | | 1997 Ford Ambulance AMBE | 1FDJS34F2VHA03565 | Owned |
| 19 | 9454 | PA-AB | | 1994 Ford Ambulance AMBE | 1FDJS34M6RHB89423 | Owned |
| 20 | Coach 10 | PA-IC | | 1996 Ford Ambulette AMBNE | 1FTHE24Y1THA92743 | Owned |
| 21 | Coach 21 | PA-IC | | 1996 Ford Ambulette AMBNE | 1FTHE24YXTHA92742 | Owned |
| 22 | 960 | PA-OTH | | 1995 Ford Explorer SPORT | 1FMDU34X9SUA24089 | Owned |
| 23 | 9447 | PA-AB | | 1996 Ford Ambulance AMBE | 1FDJS34F1THB50909 | Owned |
| 24 | 9457 | PA-AB | | 1996 Ford Ambulance AMBE | 1FDJS34F3THB55447 | Owned |
| 25 | 9444 | PA-AB | | 1997 Ford Ambulance AMBE | 1FDJS34F6VHA58682 | Owned |
| 26 | Coach 22 | PA-IC | | 1997 Ford Ambulette AMBNE | 1FTHE2424VHA69407 | Owned |
| 27 | Coach 23 | PA-IC | | 1997 Ford Ambulette AMBNE | 1FTHE2428VHB65587 | Owned |
| 28 | Coach 24 | PA-IC | | 1997 Ford Ambulette AMBNE | 1FTHE242XVHB65588 | Owned |
| 29 | 9442 | PA-AB | | 1997 Ford Ambulance AMBE | 1FDJS34F0VHB27320 | Owned |
| 30 | 9448 | PA-AB | | 1998 Ford Ambulance AMBE | 1FDSS34F3WHA51405 | Owned |
| 31 | 9416 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F1XHB81667 | Owned |
| 32 | 9417 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F5XHB81669 | Owned |
| 33 | 9422 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F1XHB81670 | Owned |
| 34 | 9438 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F3XHB81671 | Owned |
| 35 | 9443 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F5XHB81672 | Owned |

IV-9

TRANSCARE00230153

| 36 | 9426 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F7XHB81673 | Owned |
|---|---|---|---|---|---|---|
| 37 | 9427 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F9XHB81674 | Owned |
| 38 | 9451 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F0XHB81675 | Owned |
| 39 | 9433 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F8XHC32209 | Owned |
| 40 | 9436 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F6XHC32211 | Owned |
| 41 | 9437 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F8XHC32212 | Owned |
| 42 | 9445 | PA-AB | | 1999 Ford Ambulance AMBE | 1FDSS34F1XHC32214 | Owned |
| 43 | CC2 | PA-IC | | 2000 Ford E-250 Ambulette AMBNE | 1FTNE2325YHB48284 | Leased |
| 44 | CC25 | PA-IC | | 2000 Ford E-250 Ambulette AMBNE | 1FTNE2422YHB48291 | Leased |
| 45 | Coach 3 | PA-IC | | 1993 Ford Ambulette AMBNE | 1FTFS24Y3NHB15488 | Owned |
| 46 | Coach 6 | PA-OOS | Y | 1993 Ford Ambulette AMBNE | 1FTFE24Y0PHB07195 | Owned |
| 47 | Coach 8 | PA-OOS | Y | 1993 Ford Ambulette AMBNE | 1FTFE24Y8PHB61473 | Owned |
| 48 | Coach 9 | PA-OOS | Y | 1993 Ford Ambulette AMBNE | 1FTFE24Y2PHB83078 | Owned |
| 49 | 9461 | PA-AB | | 1999 Ford E-350 Ambulance AMBE | 1FDSS34F2XHA44589 | Owned |
| 50 | 9462 | PA-AB | | 1999 Ford E-350 Ambulance AMBE | 1FDSS34F0XHA44591 | Owned |
| 51 | 9463 | PA-AB | | 1999 Ford E-350 Ambulance AMBE | 1FDSS34F1XHA47418 | Owned |
| 52 | Coach 901 | PA-IC | | 2000 Ford Bus Ambulette AMBNE | 1FDXE40F8XHB71212 | Leased |
| 53 | CC27 | PA-IC | | 2000 Ford E-250 Ambulette AMBNE | 1FTNE2422YHB48288 | Leased |
| 54 | CC28 | PA-IC | | 2000 Ford E-250 Ambulette AMBNE | 1FTNE2420YHB48287 | Leased |
| 55 | CC29 | PA-IC | | 2000 Ford E-250 Ambulette AMBNE | 1FTNE2424YHB48289 | Leased |
| 56 | Sup 2 | PA-OTH | | 2001 Ford Escape SPORT | 1FMYU021X1KC36797 | Leased |
| 57 | Sup 1 | PA-OTH | | 2001 Ford Escape SPORT | 1FMYU02121KC36812 | Leased |
| 58 | 9470 | PA-AB | | 2000 Ford E-450 Ambul AMBE | 1FDXE45F1YHB62622 | Leased |
| 59 | CC9 | PA-IC | | 2001 Ford E-250 Ambulette AMBNE | 1FTNS24L11HB58544 | Leased |
| 60 | CC6 | PA-IC | | 2001 Ford E-250 Ambulette AMBNE | 1FTNS24LX1HB58543 | Leased |
| 61 | CC1 | PA-IC | | 2002 Ford E-250 Ambulette AMBNE | 1FTNS24L92HA22938 | Leased |
| 62 | CC7 | PA-IC | | 2002 Ford E-250 Ambulette AMBNE | 1FTNS24L12HA47610 | Leased |
| 63 | CC14 | PA-IC | | 2002 Ford E-250 Ambulette AMBNE | 1FTNS24L32HA47611 | Leased |
| 64 | PLOW | PA-OTH | | 1997 Chevrolet Snow Plow | CKL1491118901 | Owned |
| 65 | 9419 | PA-AB | | 2002 Ford E-350 Ambulette AMBNE | 1FDSS34F52HB40807 | Leased |
| 66 | 9410 | PA-AB | | 2003 Ford E-350 Ambulette AMBNE | 1FDSS34F3HA47842 | Leased |
| 67 | Coach 4 | PA-IC | | 2002 Ford E-250 Ambulette AMBNE | 1FTNS24L32HB65741 | Leased |
| 68 | 9420 | PA-AB | | 2003 Ford E-350 | 1FDSS34F43HA56284 | Leased |

IV-10

TRANSCARE00230154

| 69 | 9440 | PA-AB | | 2003 Ford E-350 | 1FDSS34F43HA62098 | Leased |
| 70 | 9430 | PA-AB | | 2003 Ford E-350 | 1FDSS34FX3HA62090 | Leased |

## TRANSCARE MARYLAND, INC.
### As of June 30, 2003

| Veh # | Unit ID | Location | OOS | Vehicle Description | Vehicle ID Number | Owned/ Leased |
|---|---|---|---|---|---|---|
| 1 | 204 | MD-AB | | 1994 Ford Ambulance | 1FDJS34M7RHB15525 | Owned |
| 2 | 209 | MD-OOS | Y | 1995 Ford Ambulance | 1FDJS34F7SHA68200 | Owned |
| 3 | 106 | MD-AB | | 1996 Ford Ambulance | 1FDJS34F0THA58058 | Owned |
| 4 | 208 | MD-OOS | Y | 1997 Ford E-350 | 1FDJS34F1VHA61652 | Owned |
| 5 | 202 | MD-OOS | Y | 1994 Ford Ambulance | 1FDJS34M6RHB51979 | Owned |
| 6 | 56 | MD-IC | | 1997 Ford Ambulance | 1FTNE2426WHA66593 | Owned |
| 7 | 211 | MD-OOS | Y | 1992 Ford Ambulance | 1FDJS34M8NHB05337 | Owned |
| 8 | 108 | MD-OOS | Y | 1993 Ford Ambulance | 1FDKE30M3PHA84403 | Owned |
| 9 | 203 | MD-AB | | 1997 Ford Ambulance | 1FDJS34FHVHB55673 | Owned |
| 10 | 206 | MD-AB | | 1997 Ford Ambulance | 1FDJS34F1VHB06718 | Owned |
| 11 | 103 | MD-AB | | 1999 Ford E-350 | 1FDSS34F7XHA66152 | Leased |
| 12 | 101 | MD-AB | | 1999 Ford E-350 | 1FDSS34F9XHA74592 | Owned |
| 13 | Sup 1 | MD-OTH | | 1994 Chevrolet Blazer Sport | 1GNDT13W8R2117994 | Owned |
| 14 | 359 | MD-IC | | 1999 Ford E-350 | 1FTNE2424XHC33566 | Leased |
| 15 | 357 | MD-IC | | 1999 Ford E-350 | 1FTNE2421XHC07300 | Leased |
| 16 | 358 | MD-IC | | 1999 Ford E-350 | 1FTNE2428XHC07309 | Leased |
| 17 | 360 | MD-IC | | 1999 Ford E-350 | 1FTNE2423XHC33641 | Leased |
| 18 | 501 | MD-AB | | 2001 Ford E-350 | 1FDSS34F71HB65755 | Leased |
| 19 | 110 | MD-AB | | 1994 Ford Ambulance | 1FDKE30M7RHB63818 | Owned |
| 20 | PM-51 | MD-AB | | 1999 Ford E-350 | 1FDWE30F9XHA74638 | Leased |
| 21 | PM-59 | MD-AB | | 2000 Ford Ambulance | 1FDSE35F1YHA55283 | Leased |
| 22 | 205 | MD-AB | | 2000 Ford Ambulance | 1FDSS34F0YHA97647 | Leased |
| 23 | 214 | MD-AB | | 2000 Ford Ambulance | 1FDSS34F7YHA97645 | Leased |
| 24 | 102 | MD-AB | | 2001 Ford E-350 | 1FDSS34F61HA65811 | Leased |
| 25 | 401 | MD-AB | | 2001 Ford E-350 | 1FDSS34F81HA65812 | Leased |
| 26 | 502 | MD-AB | | 2001 Ford E-350 | 1FDSS34F11HB68022 | Leased |
| 27 | 402 | MD-AB | | 2001 Ford E-350 | 1FDSS34F91HB68012 | Leased |
| 28 | Sup 2 | MD-OTH | | 1998 Chevrolet Blazer | 1GNDT13W7W2203440 | Owned |
| 29 | 212 | MD-AB | | 2002 Ford E-350 | 1FDSS34F62HA22202 | Leased |
| 30 | 213 | MD-AB | | 2002 Ford E-350 | 1FDSS34F42HA22196 | Leased |
| 31 | 208 | MD-AB | | 2002 Ford E-350 | 1FDSS34F22HA29356 | Leased |
| 32 | 900 | MD-IC | | 2000 Ford 15-Pass | 1FDXE40F6XHB71211 | Leased |
| 33 | 9425 | MD-OOS | Y | 1991 | 1FDHS34M6MH59293 | Owned |
| 34 | PM-52 | MD-AB | | 2002 Ford E 456 SD | 1FDXE45FX2HA54314 | Leased |
| 35 | SUP 3 | MD-OTH | | 2003 Ford Escape | 1FMYU92163KB24957 | Leased |
| 36 | 401 | MD-AB | | 2003 Ford E 456SD | 1FDXE45F82HB59076 | Leased |
| 37 | 211 | MD-AB | | 2003 Ford E-351 | 1FDSS34F23HA45770 | Leased |
| 38 | 201 | MD-AB | | 2003 Ford E-351 | 1FDSS34F73HA47840 | Leased |

IV-11

TRANSCARE00230155

| 39 | 215 | MD-AB | | 2003 Ford E-350 | 1FDSS34F03HA62096 | Leased |
| 40 | 107 | MD-AB | | 2003 Ford E-350 | 1FDSS34F83HA47846 | Leased |
| 41 | CC26 | MD-IC | | 2000 Ford E-250 Ambulette AMBNE | 1FTNE2429YHB48286 | Leased |
| 42 | 202 | MD-AB | | 1995 Ford Ambulance AMBE | 1FDJS34F4SHC05416 | Owned |
| 43 | 104 | MD-AB | | 1995 Ford Ambulance AMBE | 1FDJS34F1SHC05423 | Owned |

IV-12

**A3582**