# 20 Civ. 06274 (LAK)

**United States District Court**

*for the*

**Southern District of New York**

_____

IN RE TRANSCARE CORPORATION, ET AL.

DEBTORS,

_____

PATRIARCH PARTNERS AGENCY SERVICES, LLC, ET AL.

DEFENDANTS-APPELLANTS,

—against—

SALVATORE LAMONICA, AS CHAPTER 7 TRUSTEE OF THE JOINTLY-ADMINISTERED ESTATES OF TRANSCARE CORPORATION, ET AL.,

PLAINTIFF-APPELLEE.

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK (BERNSTEIN, J.)

IN RE: TRANSCARE CORPORATION, ET AL., CASE NO. 16-10407 (SMB)

LAMONICA V. TILTON, ET AL., ADV. PROC. NO. 18-1021 (SMB)

**APPENDIX TO BRIEF FOR THE APPELLANTS**

# Volume XXX- A3675-A3700

# TRANSCARE

The driving force in health care



1

**February 8, 2016**

Confidential



Financial

Confidential

PP-TRBK0046299

# Scenario (excluding NYC 911 / NYC Core beginning in May) (2016)

| | Maryland | Pittsburgh | Hudson Valley | MTA | Westchester EMS | NYC 911 | NYC Core | Cash View | | 2016 P&L |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue 2016 | $ 7,000,000 | $ 7,000,000 | $ 12,000,000 | $ 25,000,000 | $ 2,500,000 | $ 10,800,000 | $ 8,333,333 | $ 72,633,333 | | $ 72,633,333 |
| | | | | | | | | $ - | | |
| Earning Contribution 2016 | $ 100,000 | $ 600,000 | $ 1,700,000 | $ 900,000 | $ 200,000 | $ 2,375,000 | $ - | $ 5,875,000 | Assume move in April | $ 5,875,000 |
| | | | | | | | | $ - | | |
| **Critical Needs** | | | | | | | | | | |
| New Ambulances | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 5 | | |
| Parts & crital supplies | $ 50,000 | $ 50,000 | $ 30,000 | $ 250,000 | $ 10,000 | $ 20,000 | $ 20,000 | $ 430,000 | | |
| Rent & facilities | $ - | $ 86,000 | $ 86,000 | $ 74,000 | $ 23,000 | | | $ 269,000 | | |
| New Vehicle Downpayment | $ - | $ 90,000 | $ - | $ - | $ - | | | $ 90,000 | | |
| Total funding required | | | | | | | | | | |
| to restore operations | $ 50,000 | $ 226,000 | $ 116,000 | $ 324,000 | $ 33,000 | $ 20,000 | $ 20,000 | $ 789,000 | Catchup required to run |
| At rear payroll & taxes | | | | | | | | $ 930,000 | At rear payroll & taxes |
| | | | | | | | | $ 1,600,000 | NYSIF Past due only |
| $ 1,458,333 | 69 People , Management , Billing , IT , Risk Management, HR, Performance Excellence | | | | | | | $ - | |
| $ 312,500.00 | Facility rental, lease expiring ~ 2020, can be negotiated | | | | | | | | |
| $ 450,000.00 | Bank charges | | | | | | | | |
| $ 800,000.00 | Professional fees, including management fees at $300K/year | | | | | | $ 257,000 | $ 257,000 | Gilberti & settlement |
| $ 420,000.00 | Payroll processing & communication | | | | | | | | |
| $ 3,440,833.33 | | | | | | | | $ 3,576,000 | | $ 3,440,833.33 |
| | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 1,176,333 | $ 1,764,500 | | |
| EBITDA | | | | | | | | | | $ 2,434,167 |
| 2016 | $ - | $ 500,000 | $ 1,600,000 | $ 800,000 | $ 100,000 | $ 1,198,667 | $ (1,764,500) | | | $ 2,434,167 |

Personnel:   Supervisor   None      None       Branch       None       None       CEO in Pittsburgh (Earl)
             Branch mgr.                        Manager                            CFO
             replacement                        Project
                                                Mgr.
                                                Controller

-13-week cash forecast peak need: $

- Assumes no pay down of past due NY headquarters rent.

Confidential

PP-TRBK0046300

# Scenario (excluding NYC 911 / NYC Core beginning in May) (2017)

| | Maryland | Pittsburgh | Hudson Valley | MTA | Westchester EMS | NYC 911 | NYC Core | Cash View | | 2017 P&L |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue 2017 | $ 8,000,000 | $ 8,000,000 | $ 12,000,000 | $ 35,000,000 | $ 2,500,000 | | | $ 65,500,000 | | $ 65,500,000 |
| Earning Contribution 2017 | $ 500,000 | $ 800,000 | $ 1,900,000 | $ 3,500,000 | $ 250,000 | | | $ 6,950,000 | | $ 6,950,000 |
| | | | | | | | | | | |
| $ 450,000.00 | | | Bank charges | | | | | | | |
| $ 800,000.00 | | | Professional fees, including management fees at $300K/year | | | | | | | |
| $ 420,000.00 | | | Payroll processing & communication | | | | | | | |
| $ 1,670,000.00 | | | | | | | | | | $ 1,670,000.00 |
| | | | | | | | | | | |
| | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 | $ 468,000 | $ 702,000 | | | |
| EBITDA | | | | | | | | | | $ 5,280,000.00 |
| 2016 | $ (100,000) | $ (100,000) | $ (100,000) | $ (100,000) | $ (100,000) | $ (468,000) | $ (702,000) | | | |
| 2017 | $ 400,000 | $ 700,000 | $ 1,800,000 | $ 3,400,000 | $ 150,000 | $ (468,000) | $ (702,000) | | | $ 5,280,000 |

**Privileged & Confidential**
**A3678**

Confidential

PP-TRBK0046301

# Monthly 2016 P&L (excluding NYC 911 and NYC Core)

A3679

Confidential

PP-TRBK0046302

# Monthly 2016 Balance Sheet (Excluding NYC 911 and NYC Core)

Confidential

# Monthly 2016 Cash Flow (Excl. NYC 911 and NYC Core)

A3681

PP-TRBK0046304

# 13-week cash forecast (all divisions)

| Week Number | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | Weeks 4-15 |
| Week Ended ($ in 000's) | 2/5 | 2/12 | 2/19 | 2/26 | 3/4 | 3/11 | 3/18 | 3/25 | 4/1 | 4/8 | 4/15 | 4/22 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Collections** | | | | | | | | | | | | | |
| Ambulance / Ambulette Receipts | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 1,350 | 16,200 |
| MTA - ParaTransit Receipts | 1,750 | - | - | - | - | 1,750 | - | - | - | 1,750 | - | - | 5,250 |
| Subsidies | 700 | - | - | - | - | 700 | - | - | - | 700 | - | - | 2,100 |
| Subtotal Receipts (Swept) | $3,800.0 | $1,350.0 | $1,350.0 | $1,350.0 | $1,350.0 | $3,800.0 | $1,350.0 | $1,350.0 | $1,350.0 | $3,800.0 | $1,350.0 | $1,350.0 | $23,550 |
| | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | | | |
| Current Week's Payroll | (320) | (870) | (870) | (870) | (870) | (870) | (870) | (870) | (870) | (870) | (870) | (870) | (9,890) |
| Prior Week's Payroll | (569) | (579) | - | - | - | - | - | - | - | - | - | - | (1,148) |
| Current Week's Payroll Taxes | - | - | (465) | (465) | (465) | (465) | (465) | (465) | (465) | (465) | (465) | (465) | (4,650) |
| Prior Week's Payroll Taxes | (447) | (479) | (930) | - | - | - | - | - | - | - | - | - | (1,856) |
| Union Dues, HealthSavings and Other Benefits | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (11) | (132) |
| Subtotal | (1,347) | (1,939) | (2,276) | (1,346) | (1,346) | (1,346) | (1,346) | (1,346) | (1,346) | (1,346) | (1,346) | (1,346) | (17,676) |
| | | | | | | | | | | | | | |
| **Recurring Insurance Payments** | | | | | | | | | | | | | |
| NYSIF - Monthly | - | - | - | - | (420) | - | - | - | (420) | - | - | - | (840) |
| Aetna Medical Insurance | - | (335) | - | - | (335) | - | - | - | - | (335) | - | - | (1,005) |
| Zurich Auto Insurance | (158) | (314) | (158) | - | (158) | - | (158) | - | (158) | - | (158) | - | (1,260) |
| MD/PA/DE Workers Comp | (65) | - | - | - | (65) | - | - | - | (65) | - | - | - | (195) |
| IPPS (Gen'l Liab & Prop Insure) | (14) | (143) | - | - | (14) | (143) | - | - | (14) | (143) | - | - | (471) |
| Subtotal | (237) | (752) | (158) | - | (992) | (143) | (158) | - | (657) | (478) | (158) | - | (3,771) |
| | | | | | | | | | | | | | |
| **All Other** | | | | | | | | | | | | | |
| Rent - Sez Foster (Bklyn Bank St) | - | (74) | - | - | - | (74) | - | - | - | (74) | - | - | (222) |
| All Other Rent | (130) | - | - | - | (130) | - | - | - | - | (130) | - | - | (390) |
| Maintenance & Repairs | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (720) |
| Fuel | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (60) | (720) |
| Supplies, etc. | (45) | (45) | (45) | (45) | (45) | (45) | (45) | (45) | (45) | (45) | (45) | (45) | (540) |
| AP-IT Consultant Payroll | - | (15) | - | - | - | - | (15) | - | - | - | (15) | - | (45) |
| Santander & Signature Fin leases | - | (48) | - | - | - | (48) | - | - | - | (48) | - | - | (144) |
| All Other Capital Leases | - | (21) | - | - | - | (21) | - | - | - | (21) | - | - | (63) |
| Bank Fees & Wells Interest | (85) | (28) | - | - | (85) | (28) | - | - | (85) | (28) | - | - | (339) |
| All other | (105) | (105) | (105) | (105) | (105) | (105) | (70) | (70) | (70) | (70) | (70) | (70) | (1,050) |
| Subtotal | (485) | (456) | (270) | (270) | (485) | (441) | (250) | (235) | (320) | (536) | (250) | (235) | (4,233) |
| | | | | | | | | | | | | | |
| **CapEx** | | | | | | | | | | | | | |
| Down payment on Leases (Assumes 30% Down Pmt per Vehicle) | - | - | - | - | - | (135) | - | - | - | (45) | - | - | (180) |
| Tenant Improvements - move from Hamilton to new facility | - | - | - | - | - | - | - | - | - | (100) | - | (100) | (200) |
| Lease Amortization and Interest payments | - | - | - | - | (14) | - | - | - | - | (31) | - | - | (45) |
| **Past Due and Extraordinary** | | | | | | | | | | | | | |
| NYSIF | - | - | - | - | (194) | - | - | - | (190) | - | - | - | (384) |
| Past Due AP vendors (over 90 total $5MM at 12.31.15) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (600) |
| Re-establish other repair/maintenance vendors | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (120) |
| NYS WC Class Action Litigation defense coalition (Gilberti) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | - | - | - | - | (80) |
| Sez Foster (Bklyn LL) Stipulated Settlement | - | - | (65) | - | - | - | (65) | - | - | - | (65) | - | (195) |
| Milea (Bklyn LL evicting) | - | (245) | - | - | (101) | - | - | - | (101) | - | - | - | (447) |
| Mordy Flam (attorney representing company against Milea) | - | (14) | - | - | - | - | - | - | - | - | - | - | (14) |
| Past Due Landlord obligations | (130) | (105) | (86) | (110) | (58) | - | - | - | - | - | - | - | (489) |
| Salisbury Settlement | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Smith v City v TransCare Settlement | - | (163) | - | - | (14) | - | - | - | - | - | - | - | (177) |
| December/Jan Santander & Signature Financial lease payments | (48) | - | - | - | - | - | - | - | - | - | - | - | (48) |
| Carl Marks Advisors: 3 Months Retention | - | (135) | - | - | - | - | - | - | - | - | - | - | (135) |
| AT&T disconnect notice | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Past Due and Extraordinary | (248) | (731) | (221) | (180) | (437) | (70) | (135) | (70) | (351) | (60) | (125) | (60) | (2,689) |
| | | | | | | | | | | | | | |
| Total Operating Disbursements + CapEx | ($2,317) | ($3,918) | ($2,925) | ($1,796) | ($3,274) | ($2,135) | ($1,889) | ($1,651) | ($2,674) | ($2,596) | ($1,879) | ($1,741) | ($28,793) |
| | | | | | | | | | | | | | |
| Beginning AR Availability | 38 | 329 | (1,838) | (3,013) | (3,058) | (4,582) | (4,109) | (4,247) | (4,148) | (5,071) | (5,059) | (5,188) | 38 |
| Additional Funding | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Availability from Collections | 465 | 203 | 203 | 203 | 203 | 465 | 203 | 203 | 203 | 465 | 203 | 203 | 3,218 |
| Borrowing Capacity on Current Weeks Sales | 2,143 | 1,548 | 1,548 | 1,548 | 1,548 | 2,143 | 1,548 | 1,548 | 1,548 | 2,143 | 1,548 | 1,548 | 20,360 |
| Funding Requests | (2,317) | (3,918) | (2,925) | (1,796) | (3,274) | (2,135) | (1,889) | (1,651) | (2,674) | (2,396) | (1,879) | (1,741) | (28,793) |
| Remaining Availability / Funding Need* | 329 | (1,838) | (3,013) | (3,058) | (4,582) | (4,109) | (4,247) | (4,148) | (5,071) | (5,059) | (5,188) | (5,178) | (5,178) |

*\* Does not account for minimum cash balance*

**A3682**

Confidential

PP-TRBK0046305

# 13-week cash forecast (excluding NYC 911 / NYC Core (non-emergency)

**A3683**

# Legal

Confidential

PP-TRBK0046307

# Legal

| | TransCare Corp. | TransCare New York, Inc. | TransCare Westchester Inc. (under TransCare New York) | TC Hudson Valley Ambulance Corp. | TC Hudson Valley, Inc. | TransCare Pennsylvania, Inc. | TransCare Maryland, Inc. |
|---|---|---|---|---|---|---|---|
| **Customer Contracts** | | Transit (NYC MTA) | White Plains EMS | Health Quest | Wappinger 911 | VA Pittsburgh Health Care System | University of Maryland |
| | | Mount Sinai | | New York Presbyterian | Westchester Medical | University of Pittsburgh Medical Center | |
| | | Motefiore | | Putnam County | | Manorcare | |
| | | Bronx Lebanon | | VA Hudson Valley | | Lifecare Hospitals of PGH | |
| | | Beth Israel | | | | HealthSouth Rehab | |
| | | Hudson Valley Hospital Center | | | | Delaware Hospice | |
| **Vendors** | NYSIF | | | | | | |
| | Zurich Auto Insurance | | | | | | |
| | Aetna Medical Insurance | | | | | | |
| **Landlords (Leases)** | Corporate office (Jay Street) (One Metrotech) | Hamilton (Milea) | | Herbert Redl (Poughkeepsie) | | | 1125 Desoto Road, LLC |
| | Sez Foster (Brooklyn Bank Street) | Fulton Realty (Mount Vernon) | | Ian W. Realty | | | |
| | 400 Seco Road (PA) | | | | | | |
| **Vehicles** | Entities that hold vehicles & all guaranteed by TransCare Corp. | | | | | | |

- Plymouth Industrial – TransCare Main Line
- Unclear
  - General Liability/Property (IPFS)
  - Selar Realty (Transit Garage)
  - Town of Wappinger (Hudson Valley)

Confidential

PP-TRBK0046308

# Legal

A3686

Confidential

PP-TRBK0046309

# Operational

A3687

Confidential
PP-TRBK0046310

# Operational

- Form a team to implement the plan including:
  - Earl Kossuth
  - Glen Youngblood
  - Peter Wolf
  - Jim Petro (HR Director in Pittsburgh)

Confidential

PP-TRBK0046311

# Hudson Valley

» Hudson Valley forecasts $12.1M FY'16 revenue and $1.7M of EBITDA

- The basis for the revenue projections assume the division is able to have 13 functioning ambulances and 7 wheel chair vehicles on the road reliability by the start of Q2.

- EBITDA margin of 16%+ would be in the range of Q1 and Q2 FY'15 but on average higher than much of the last 2  years

» Fundamentals to achieve the plan the Company needs the following:

- Reliable fleet of 13 working ambulances and 7 wheel chair vehicles in Q2

- Retain and over time grow key accounts, including; NY Presbyterian, and Healthquest

- Reestablishing credit with vendors to facilitate the repair & maintenance of vehicles

- Hiring EMTs/Medics improving service levels, reducing overtime levels and ability to service additional volume

| Hudson Valley | | | | | |
|---|---|---|---|---|---|
| $ in 000's | Q1 | Q2 | Q3 | Q4 | FY |
| **FY '14** | | | | | |
| Sales | 2,986 | 2,973 | 2,923 | 2,948 | 11,829 |
| GP | 1,047 | 933 | 807 | 951 | 3,739 |
| GM% | 35.1% | 31.4% | 27.6% | 32.3% | 31.6% |
| | | | | | |
| EBITDA | 331 | 178 | 64 | 239 | 812 |
| | 11.1% | 6.0% | 2.2% | 8.1% | 6.9% |
| | | | | | |
| Trips | 6,154 | 6,134 | 6,019 | 5,879 | 24,186 |
| | | | | | |
| **FY '15** | | | | | |
| Sales | 3,063 | 3,097 | 3,044 | 2,905 | 12,108 |
| GP | 1,203 | 1,295 | 1,093 | 937 | 4,528 |
| GM% | 39.3% | 41.8% | 35.9% | 32.3% | 37.4% |
| | | | | | |
| EBITDA | 522 | 657 | 409 | 246 | 1,834 |
| | 17.0% | 21.2% | 13.4% | 8.5% | 15.1% |
| | | | | | |
| Trips | 6,117 | 6,188 | 5,579 | 5,446 | 23,330 |
| | | | | | |
| **FY '16** | | | | | |
| Sales | 2,905 | 3,014 | 3,061 | 3,107 | 12,087 |
| GP | 942 | 1,108 | 1,180 | 1,217 | 4,447 |
| GM% | 32.4% | 36.8% | 38.5% | 39.2% | 36.8% |
| | | | | | |
| EBITDA | 263 | 423 | 491 | 526 | 1,703 |
| | 9.0% | 14.0% | 16.1% | 16.9% | 14.1% |
| | | | | | |
| Trips | 5,700 | 5,985 | 6,105 | 6,227 | 24,016 |

Confidential

PP-TRBK0046312

# Paratransit

» Fundamentals to achieve the plan the Company needs the following:

- Address outstanding concerns of MTA on issues such as commingling funds

- Growing routes to 200+ by Q4

- Reestablishing credit with vendors to facilitate the repair & maintenance of vehicles

- Hiring drivers both improving service levels, reducing overtime levels and ability to service routes

- Hire the right leader(s), operational & financial

» 10% EBITDA, on average, is believed to be about the best the Company can expect to earn on the Paratransit MTA business since the change from a commercial to municipal contract

| Paratransit | | | | | |
|---|---|---|---|---|---|
| $ in 000's | Q1 | Q2 | Q3 | Q4 | FY |
| **FY '14** | | | | | |
| Sales | 6,636 | 6,886 | 7,115 | 7,028 | 27,665 |
| GP | 2,140 | 2,097 | 1,919 | 1,581 | 7,737 |
| GM% | 32.2% | 30.5% | 27.0% | 22.5% | 28.0% |
| | | | | | |
| EBITDA | 1,186 | 1,190 | 940 | 556 | 3,873 |
| | 17.9% | 17.3% | 13.2% | 7.9% | 14.0% |
| | | | | | |
| | | | | | |
| **FY '15** | | | | | |
| Sales | 7,152 | 7,615 | 6,895 | 5,873 | 27,536 |
| GP | 1,922 | 2,049 | 1,404 | 1,030 | 6,406 |
| GM% | 26.9% | 26.9% | 20.4% | 17.5% | 23.3% |
| | | | | | |
| EBITDA | 877 | 1,072 | 381 | (122) | 2,208 |
| | 12.3% | 14.1% | 5.5% | -2.1% | 8.0% |
| | | | | | |
| | | | | | |
| **FY '16** | | | | | |
| Sales | 5,279 | 5,858 | 6,837 | 7,082 | 25,056 |
| GP | 601 | 1,021 | 1,670 | 1,932 | 5,224 |
| GM% | 11.4% | 17.4% | 24.4% | 27.3% | 20.9% |
| | | | | | |
| EBITDA | (479) | (68) | 581 | 843 | 878 |
| | -9.1% | -1.2% | 8.5% | 11.9% | 3.5% |

Confidential

# Pittsburgh

» Pittsburgh forecasts $6.7M FY'16 revenue and $649k of EBITDA.

- Pittsburgh has strong local management and somewhat isolated from the larger issues plaguing the New York operations.

- Forecast assumes incremental volume from existing and new customers assuming improved fleet reliability

- EBITDA margin of 11%+ by Q4 is achievable by addressing the current vehicle shortage and reliability issues

» Fundamentals to achieve the plan the Company needs the following:

- Retaining current leadership

- 15 reliable ambulances and 10 wheel chair vehicles in Q2, including eventually replacing 8 out of service ambulances with new vehicles

- No disruption of service from current landlord issues

- Ability to win incremental business from UPMC and other customers

| Pittsburgh | | | | | |
|---|---|---|---|---|---|
| $ in 000's | Q1 | Q2 | Q3 | Q4 | FY |
| **FY '14** | | | | | |
| Sales | 1,996 | 2,061 | 1,976 | 1,970 | 8,002 |
| GP | 743 | 814 | 666 | 646 | 2,868 |
| GM% | 37.2% | 39.5% | 33.7% | 32.8% | 35.8% |
| | | | | | |
| EBITDA | 228 | 237 | 112 | 70 | 647 |
| | 11.4% | 11.5% | 5.7% | 3.6% | 8.1% |
| | | | | | |
| Trips | 7,663 | 7,874 | 7,683 | 7,776 | |
| | | | | | |
| **FY '15** | | | | | |
| Sales | 1,862 | 1,724 | 1,640 | 1,638 | 6,864 |
| GP | 686 | 653 | 648 | 614 | 2,601 |
| GM% | 36.8% | 37.9% | 39.5% | 37.5% | 37.9% |
| | | | | | |
| EBITDA | 124 | 150 | 140 | 143 | 558 |
| | 6.7% | 8.7% | 8.6% | 8.7% | 8.1% |
| | | | | | |
| Trips | 7,389 | 6,066 | 5,179 | 4,751 | 23,385 |
| | | | | | |
| **FY '16** | | | | | |
| Sales | 1,638 | 1,652 | 1,676 | 1,699 | 6,665 |
| GP | 498 | 642 | 657 | 655 | 2,452 |
| GM% | 30.4% | 38.8% | 39.2% | 38.6% | 36.8% |
| | | | | | |
| EBITDA | 41 | 184 | 199 | 195 | 620 |
| | 2.5% | 11.2% | 11.8% | 11.5% | 9.3% |
| | | | | | |
| Trips | 6,165 | 6,215 | 6,294 | 6,368 | 25,042 |

Confidential

# Maryland

» The market needs to be continuously evaluated to see if it is viable going forward.

- Company believes the best interest long term for the Company is to focus on growing the business but that assumes a commitment of vehicles and leadership

» The projections assume a turnaround of the operations and the division is able to regain EBITDA margin of 5 – 6%, consistent with Q1 & Q2 FY'14

» To achieve the plan the Company needs the following:

- 1 New Ambulance for UMD by Q2 '16

- Fleet size equal to 14 ambulances (9 CORE & 5 ExpressCare) by Q2 '16

- New divisional leadership

- Implement processes to track and improve UHU and other KPIs

- Keep UMD contract and successful win incremental volume currently lost because of fleet reliability issues

| Maryland | | | | | |
|---|---|---|---|---|---|
| $ in 000's | Q1 | Q2 | Q3 | Q4 | FY |
| **FY '14** | | | | | |
| Sales | 2,290 | 2,239 | 2,118 | 2,279 | 8,925 |
| GP | 670 | 577 | 428 | 574 | 2,249 |
| GM% | 29.3% | 25.8% | 20.2% | 25.2% | 25.2% |
| | | | | | |
| EBITDA | 141 | 122 | (106) | 78 | 236 |
| | 6.2% | 5.5% | -5.0% | 3.4% | 2.6% |
| | | | | | |
| Trips | 5,221 | 5,108 | 4,910 | 4,615 | 19,854 |
| | | | | | |
| **FY '15** | | | | | |
| Sales | 1,936 | 1,791 | 1,577 | 1,569 | 6,873 |
| GP | 299 | 194 | 107 | 115 | 715 |
| GM% | 15.5% | 10.8% | 6.8% | 7.3% | 10.4% |
| | | | | | |
| EBITDA | (85) | (111) | (170) | (188) | (555) |
| | -4.4% | -6.2% | -10.8% | -12.0% | -8.1% |
| | | | | | |
| Trips | 4,908 | 4,873 | 3,950 | 3,714 | 17,445 |
| | | | | | |
| **FY '16** | | | | | |
| Sales | 1,667 | 1,725 | 1,748 | 1,769 | 6,908 |
| GP | 202 | 395 | 416 | 458 | 1,471 |
| GM% | 12.1% | 22.9% | 23.8% | 25.9% | 21.3% |
| | | | | | |
| EBITDA | (145) | 45 | 64 | 105 | 69 |
| | -8.7% | 2.6% | 3.7% | 5.9% | 1.0% |
| | | | | | |
| Trips | 3,540 | 3,606 | 3,689 | 3,749 | 14,585 |

Confidential

# Corporate

» Fundamentals to achieve the plan the Company needs the following:

- Hiring the correct CEO to lead the organizational turnaround
- Hiring the right CFO to implement the proper financial controls to the business
- Realizing cost reductions across administrative staffing and the billing department throughout the year
- No disruption of service from current landlord issues

| $ in 000's | Corporate | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | FY |
| **FY '14** | | | | | |
| Sales | 127 | 105 | 96 | 112 | 439 |
| GP | 127 | 105 | 96 | 112 | 440 |
| GM% | 100.0% | 100.0% | 99.9% | 100.1% | 100.0% |
| | | | | | |
| EBITDA | (1,708) | (1,798) | (1,653) | (1,673) | (6,833) |
| **FY '15** | | | | | |
| Sales | 119 | 101 | 75 | - | 295 |
| GP | 119 | 101 | 58 | - | 278 |
| GM% | 100.0% | 100.0% | 77.3% | - | 94.2% |
| | | | | | |
| EBITDA | (1,509) | (1,528) | (1,606) | (1,560) | (6,202) |
| **FY '16** | | | | | |
| Sales | 75 | 30 | 30 | 30 | 165 |
| GP | 75 | 30 | 30 | 30 | 165 |
| GM% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| | | | | | |
| EBITDA | (1,485) | (1,557) | (1,533) | (1,528) | (6,103) |

Confidential



Appendix

Confidential

# Certificates of Need

## TransCare Ambulance Operating Certificates in New York State

## (Certificates of Need – CON)

| Name of Covered Entity | DOH No. | How used | Certificate covers |
|---|---|---|---|
| TransCare New York, Inc. | 0164 | NYC Core (not-911) | New York, Bronx, Kings, Queens, Richmond, Westchester, Nassau, Suffolk |
| TransCare Westchester, Inc. | 0470 | Westchester EMS | Westchester |
| TC Ambulance Corp. dba MetroEMS | 0510 | NYC 911 | New York, Bronx, Kings, Queens, Richmond, Westchester |
| TC Ambulance Group, Inc. dba Beth Israel | 0508 | NYC 911 – Not ours | New York, Bronx, Kings, Queens, Richmond |
| TCBA Ambulance, Inc. dba St. Barnabas | 0574 | NYC 911 – Not ours | New York, Bronx, Kings, Queens, Richmond |
| TC Hudson Valley Ambulance Corp. | 0667 | Hudson Valley | Westchester, Rockland, Orange, Putnam, Dutchess, Ulster, Sullivan, Delaware |
| TC Ambulance North, Inc. | 0509 | Unknown | Bronx, New York, Queens, Kings, Richmond |
| Alamo Ambulance Service Inc. | 1311 | Hudson Valley – Not ours | Dutchess, Orange, Putnam, Ulster |

Privileged & Confidential
A3695
Confidential

PP-TRBK0046318

# Certificates of Need

| Operation | Hudson Valley | Westchester EMS | New York Core | NYC EMS | Not Specified |
|---|---|---|---|---|---|
| County | 0667 | 0470 | 0164 | 0510 | 0509 |
| Delaware | ✓ | | | | |
| Sullivan | ✓ | | | | |
| Orange | ✓ | | | | |
| Ulster | ✓ | | | | |
| Dutchess | ✓ | | | | |
| Putnam | ✓ | | | | |
| Rockland | ✓ | | | | |
| Westchester | ✓ | ✓ | ✓ | ✓ | |
| Bronx | | | ✓ | ✓ | ✓ |
| New York (Manhattan) | | | ✓ | ✓ | ✓ |
| Queens | | | ✓ | ✓ | ✓ |
| Kings (Brooklyn) | | | ✓ | ✓ | ✓ |
| Richmond (Staten Island) | | | ✓ | ✓ | ✓ |
| Nassau (Western LI) | | | ✓ | | |
| Suffolk (Eastern LI) | | | ✓ | | |

**A3696**

Confidential

# Certificates of Need



Confidential

PP-TRBK0046320

# Monthly 2016 P&L (All Divisions)

| Amounts in 000's | Q1 Q1-2016 Jan-16 | Q1 Q1-2016 Feb-16 | Q1 Q1-2016 Mar-16 | Q2 Q2-2016 Apr-16 | Q2 Q2-2016 May-16 | Q2 Q2-2016 Jun-16 | Q3 Q3-2016 Jul-16 | Q3 Q3-2016 Aug-16 | Q3 Q3-2016 Sep-16 | Q4 Q4-2016 Oct-16 | Q4 Q4-2016 Nov-16 | Q4 Q4-2016 Dec-16 | Fcst 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Service Revenue | 8,335.2 | 8,201.4 | 8,331.4 | 8,308.5 | 7,828.7 | 8,127.0 | 8,351.1 | 8,459.6 | 8,347.6 | 8,556.9 | 8,585.6 | 8,663.7 | 100,096.7 |
| Other Revenues | 25.0 | 25.0 | 25.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 165 |
| **Total Operating Revenue** | 8,360.2 | 8,226.4 | 8,356.4 | 8,318.5 | 7,838.7 | 8,137.0 | 8,361.1 | 8,469.6 | 8,357.6 | 8,566.9 | 8,595.6 | 8,673.7 | 100,261.7 |
| Driver Compensation & Related | 3,820.4 | 3,586.6 | 3,550.0 | 3,435.3 | 3,206.3 | 3,126.3 | 3,185.4 | 3,206.0 | 3,151.6 | 3,224.0 | 3,243.7 | 3,275.8 | 40,011 |
| Benefits | 772.5 | 725.7 | 718.4 | 695.1 | 649.3 | 633.1 | 645.0 | 649.2 | 638.5 | 653.1 | 657.0 | 663.4 | 8,100 |
| Workers Comp | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 331.1 | 3,973 |
| COPY/DISPATCH'S Compensation | 210.1 | 208.4 | 212.3 | 216.7 | 218.5 | 227.5 | 235.8 | 239.1 | 235.8 | 244.1 | 245.0 | 247.3 | 2,741 |
| Fleet Maint Compensation | 345.8 | 335.3 | 345.7 | 338.3 | 335.8 | 359.6 | 370.0 | 378.7 | 369.8 | 380.1 | 382.4 | 388.6 | 4,330 |
| Repairs & Maintenance | 373.9 | 441.3 | 400.5 | 301.8 | 251.2 | 272.0 | 279.7 | 287.3 | 279.5 | 287.1 | 289.1 | 294.5 | 3,758 |
| Accident Costs | 215.2 | 213.9 | 214.2 | 215.7 | 205.6 | 206.3 | 211.9 | 212.2 | 211.9 | 217.1 | 217.1 | 217.3 | 2,559 |
| Fuel, Tolls & Parking Costs | 174.0 | 172.8 | 168.9 | 169.3 | 159.1 | 159.9 | 164.1 | 164.3 | 164.0 | 167.9 | 167.9 | 168.1 | 2,000 |
| Medical Supplies, Rentals & Repairs | 101.8 | 100.9 | 101.2 | 98.9 | 89.9 | 90.6 | 92.8 | 93.1 | 92.8 | 94.8 | 94.8 | 95.0 | 1,147 |
| Communications | 33.4 | 32.7 | 33.3 | 33.6 | 33.0 | 34.5 | 35.4 | 36.0 | 35.4 | 36.4 | 36.5 | 36.9 | 417 |
| Uniforms | 15.7 | 15.5 | 15.8 | 15.9 | 15.6 | 16.4 | 16.8 | 17.1 | 16.8 | 17.2 | 17.3 | 17.5 | 198 |
| Equipment | 29.0 | 28.8 | 28.9 | 29.2 | 28.2 | 28.5 | 29.3 | 29.4 | 29.3 | 30.0 | 30.0 | 30.1 | 351 |
| Health & Safety | 2.6 | 2.7 | 2.7 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.9 | 2.9 | 2.9 | 33 |
| Licenses & Permits | 8.6 | 8.5 | 8.7 | 8.8 | 8.7 | 9.2 | 9.4 | 9.6 | 9.4 | 9.6 | 9.7 | 9.8 | 110 |
| SUB TOTAL - COST OF SERVICE | 6,434.1 | 6,204.2 | 6,131.8 | 5,892.5 | 5,535.0 | 5,497.7 | 5,609.6 | 5,655.8 | 5,568.6 | 5,695.2 | 5,724.5 | 5,778.5 | 69,727 |
| Gross Profit | 1,926.1 | 2,022.2 | 2,224.6 | 2,426.0 | 2,303.7 | 2,639.3 | 2,751.5 | 2,813.8 | 2,789.0 | 2,871.7 | 2,871.1 | 2,895.2 | 30,534 |
| GP % | 23.0% | 24.6% | 26.6% | 29.2% | 29.4% | 32.4% | 32.9% | 33.2% | 33.4% | 33.5% | 33.4% | 33.4% | 30.5% |
| Administrative Staffing | 964.2 | 978.8 | 1,005.3 | 1,002.3 | 989.5 | 989.5 | 989.5 | 983.5 | 983.5 | 983.5 | 983.5 | 983.5 | 11,836 |
| Facility Costs | 349.9 | 349.9 | 350.3 | 349.6 | 349.9 | 349.9 | 349.9 | 349.9 | 349.9 | 349.9 | 349.9 | 349.9 | 4,199 |
| Insurance Auto/Liability | 262.2 | 262.2 | 262.2 | 262.2 | 262.2 | 262.2 | 261.1 | 262.5 | 262.5 | 262.5 | 262.5 | 262.5 | 3,148 |
| Professional Fees | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 104.2 | 1,251 |
| All Other SG&A | 264.8 | 269.8 | 264.8 | 250.8 | 250.8 | 250.8 | 250.8 | 250.8 | 250.8 | 250.8 | 250.8 | 250.8 | 3,057 |
| Bad Debt | 379.9 | 378.8 | 378.8 | 377.1 | 344.7 | 344.7 | 353.8 | 353.8 | 353.8 | 361.9 | 361.9 | 361.9 | 4,351 |
| TOTAL OPERATING EXPENSES | 2,325.2 | 2,343.7 | 2,365.5 | 2,346.2 | 2,301.3 | 2,301.4 | 2,310.4 | 2,304.8 | 2,304.8 | 2,312.9 | 2,312.9 | 2,312.9 | 27,842 |
| EBITDA | (399.1) | (321.5) | (140.9) | 79.8 | 2.3 | 337.9 | 441.2 | 509.0 | 484.2 | 558.8 | 558.8 | 582.3 | 2,692 |
|  | -4.8% | -3.9% | -1.7% | 1.0% | 0.0% | 4.2% | 5.3% | 6.0% | 5.8% | 6.5% | 6.5% | 6.7% | 2.7% |
| Interest Expense | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 493.8 | 5,926 |
| Capital Leases | 70.0 | 70.0 | 84.1 | 84.1 | 98.2 | 98.2 | 109.5 | 109.5 | 115.1 | 120.7 | 126.4 | 126.4 | 1,212 |
| Depreciation | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 1,861 |
| All Other | 41.5 | 141.0 | 140.5 | 5.6 | 6.7 | 5.2 | 6.3 | 6.5 | 6.5 | 6.5 | 6.5 | 6.5 | 379 |
| Income Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal | 760.4 | 859.9 | 873.5 | 738.6 | 753.8 | 752.3 | 764.6 | 764.9 | 770.5 | 776.2 | 781.8 | 781.8 | 9,378 |
| Net Income | (1,159.5) | (1,181.4) | (1,014.5) | (658.8) | (751.5) | (414.4) | (323.4) | (255.9) | (286.3) | (217.3) | (223.6) | (199.5) | (6,686) |

Privileged & Confidential
A3698

Confidential

PP-TRBK0046321

# Monthly 2016 Balance Sheet (All Divisions)

| Amounts in 000's | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Assets | | | | | | | | | | | | | |
| Cash and cash equivalents | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 126.9 | 100.0 | 100.0 | 100.0 | 312.8 | 483.7 | 738.3 |
| Patient Account Receivables | 16,940.8 | 16,906.4 | 16,603.2 | 16,628.7 | 16,600.9 | 16,342.4 | 16,196.1 | 15,683.7 | 15,812.9 | 15,672.7 | 15,518.6 | 15,595.6 | 15,788.8 |
| Inventory | 1,200.0 | 1,042.6 | 860.5 | 674.3 | 668.9 | 652.6 | 642.4 | 637.2 | 645.2 | 650.7 | 655.8 | 660.4 | 666.1 |
| Prepaid and other curnt assets | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 | 250.0 |
| Total Current Assets | 18,490.8 | 18,298.9 | 17,813.7 | 17,653.0 | 17,619.8 | 17,345.0 | 17,215.4 | 16,670.9 | 16,808.1 | 16,673.5 | 16,737.2 | 16,989.7 | 17,443.2 |
| Property, Plant and Equipment | | | | | | | | | | | | | |
| Property, Plant and Equipment | 3,194.5 | 3,194.5 | 3,219.5 | 3,994.8 | 4,020.1 | 4,465.1 | 4,490.1 | 4,995.1 | 5,020.1 | 5,105.1 | 5,370.1 | 5,635.1 | 5,660.1 |
| Accumulated Depreciation | - | 155.1 | 310.2 | 465.2 | 620.3 | 775.4 | 930.5 | 1,085.7 | 1,240.6 | 1,395.7 | 1,550.8 | 1,705.8 | 1,860.9 |
| Property and equipment, net | 3,194.5 | 3,039.4 | 2,909.3 | 3,529.6 | 3,399.8 | 3,689.7 | 3,559.6 | 3,909.5 | 3,779.5 | 3,709.4 | 3,819.3 | 3,929.2 | 3,799.2 |
| Other Assets | | | | | | | | | | | | | |
| Goodwill | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 | 13,547.5 |
| Other Assets | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 | 6,205.1 |
| Total Other Assets | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 | 19,752.6 |
| Total Assets | 41,437.9 | 41,090.9 | 40,475.7 | 40,935.1 | 40,772.1 | 40,787.3 | 40,527.6 | 40,333.0 | 40,340.2 | 40,135.5 | 40,309.1 | 40,671.5 | 40,995.0 |
| | | | | | | | | | | | | | |
| Current Operating Liabilities | | | | | | | | | | | | | |
| Accounts payable | 9,642.1 | 9,068.2 | 7,639.3 | 6,501.5 | 6,244.7 | 6,176.8 | 6,126.8 | 5,896.5 | 5,700.4 | 5,493.8 | 5,505.7 | 5,515.3 | 5,528.8 |
| Accrued Management Fees | 1,827.7 | 1,940.2 | 2,052.7 | 2,165.2 | 2,277.7 | 2,390.2 | 2,502.7 | 2,615.2 | 2,727.7 | 2,840.2 | 2,952.7 | 3,065.2 | 3,177.7 |
| NYSIF Balance | 2,784.0 | 2,114.8 | 1,923.1 | 1,734.7 | 1,549.5 | 1,367.6 | 1,188.9 | 1,013.4 | 841.2 | 672.2 | 506.5 | 344.0 | 184.7 |
| Accrued expenses | 2,284.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 | 1,819.9 |
| Accrued Compensated Absences | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 | 855.6 |
| ABL Line | 14,399.7 | 14,201.3 | 13,946.7 | 13,968.1 | 13,944.7 | 13,727.6 | 13,604.7 | 13,174.3 | 13,282.8 | 13,165.1 | 13,035.6 | 13,100.3 | 13,262.6 |
| Total Current Liabilities | 31,794.0 | 30,000.0 | 28,237.3 | 27,045.0 | 26,692.2 | 26,337.8 | 26,098.6 | 25,374.9 | 25,227.6 | 24,846.9 | 24,676.1 | 24,700.3 | 24,829.4 |
| | | | | | | | | | | | | | |
| Other Long Term Liabilities | | | | | | | | | | | | | |
| Term Loan | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 | 43,499.1 |
| Accrued Interest on Term Debt | - | 393.8 | 787.6 | 1,181.5 | 1,575.3 | 1,969.1 | 2,362.9 | 2,756.7 | 3,150.6 | 3,544.4 | 3,938.2 | 4,332.0 | 4,725.8 |
| Incremental Funding | | 2,212.6 | 4,147.7 | 5,895.0 | 6,349.8 | 6,783.1 | 6,783.1 | 6,905.8 | 6,922.3 | 6,948.8 | 6,948.8 | 6,948.8 | 6,948.8 |
| Capital Lease | 1,082.5 | 1,082.5 | 1,082.5 | 1,607.5 | 1,607.5 | 1,901.5 | 1,901.5 | 2,237.5 | 2,237.5 | 2,279.5 | 2,447.5 | 2,615.5 | 2,615.5 |
| Deferred Rent Payable | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 | 815.2 |
| Deferred Tax Liability | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 | 3,821.4 |
| Non Current Liabilities | 49,218.2 | 51,824.6 | 54,153.5 | 56,819.7 | 57,668.3 | 58,789.4 | 59,183.2 | 60,035.7 | 60,446.1 | 60,908.4 | 61,470.2 | 62,032.0 | 62,425.8 |
| Total Liabilities | 81,012.1 | 81,824.6 | 82,390.8 | 83,864.7 | 84,360.5 | 85,127.2 | 85,281.8 | 85,410.7 | 85,673.7 | 85,755.2 | 86,146.2 | 86,732.3 | 87,255.2 |
| | | | | | | | | | | | | | |
| Common Equity | (39,574.2) | (40,733.7) | (41,915.1) | (42,929.6) | (43,588.3) | (44,339.8) | (44,754.2) | (45,077.6) | (45,333.5) | (45,619.8) | (45,837.1) | (46,060.7) | (46,260.2) |
| Total Equity | (39,574.2) | (40,733.7) | (41,915.1) | (42,929.6) | (43,588.3) | (44,339.8) | (44,754.2) | (45,077.6) | (45,333.5) | (45,619.8) | (45,837.1) | (46,060.7) | (46,260.2) |

Privileged & Confidential
A3699

Confidential
PP-TRBK0046322

# Monthly 2016 Cash Flow Statement (All Divisions)

| Amounts in 000's | Q1-2016 Jan-16 | Q1-2016 Feb-16 | Q1-2016 Mar-16 | Q2-2016 Apr-16 | Q2-2016 May-16 | Q2-2016 Jun-16 | Q3-2016 Jul-16 | Q3-2016 Aug-16 | Q3-2016 Sep-16 | Q4-2016 Oct-16 | Q4-2016 Nov-16 | Q4-2016 Dec-16 | Fcst 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow** | | | | | | | | | | | | | |
| Net Income | (1,159.5) | (1,181.4) | (1,014.5) | (658.8) | (751.5) | (414.4) | (323.4) | (255.9) | (286.3) | (217.3) | (223.6) | (199.5) | (6,685.9) |
| **Total Adjustments** | | | | | | | | | | | | | |
| Adjustment to reconcile to net income | | | | | | | | | | | | | |
| Note Payable to Parent | - | | - | | - | | - | | - | | - | | - |
| Non Cash Equity Infusion | | | | | | | | | | | | | - |
| Amortization of deferred financing fees | - | - | - | | - | | - | | - | | - | | - |
| Provision for doubtful accounts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 155.1 | 1,860.9 |
| Deferred rent | - | | - | - | - | - | - | - | - | - | - | - | - |
| Total Adjustment to reconcile to net income | (1,004.4) | (1,026.3) | (859.4) | (503.7) | (596.4) | (259.3) | (168.4) | (100.8) | (131.2) | (62.3) | (68.5) | (44.4) | (4,825.0) |
| **Operating Adjustments** | | | | | | | | | | | | | |
| (Increase) Decrease in Assets | | | | | | | | | | | | | |
| Accounts Receivable | 34.5 | 303.2 | (25.5) | 27.8 | 258.5 | 146.3 | 512.5 | (129.2) | 140.1 | 154.1 | (77.0) | (193.2) | 1,152.0 |
| Inventory | 157.4 | 182.0 | 186.3 | 5.4 | 16.3 | 10.2 | 5.2 | (8.0) | (5.5) | (5.1) | (4.6) | (5.7) | 533.9 |
| Prepaid Expenses and Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Long-Term Assets | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total (Increase) Decrease in Assets | 191.9 | 485.2 | 160.8 | 33.2 | 274.7 | 156.5 | 517.7 | (137.2) | 134.6 | 149.0 | (81.6) | (198.9) | 1,685.9 |
| Increase (Decrease) In Liabilities | | | | | | | | | | | | | |
| A/P and Accrued Expenses | (1,038.8) | (1,428.9) | (1,137.8) | (256.8) | (67.9) | (50.0) | (230.3) | (196.1) | (206.5) | 11.9 | 9.6 | 13.6 | (4,578.2) |
| Accrued Management Fees | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 112.5 | 1,350.0 |
| NYSIF Balance | (669.2) | (191.7) | (188.4) | (185.2) | (181.9) | (178.7) | (175.5) | (172.2) | (169.0) | (165.7) | (162.5) | (159.3) | (2,599.3) |
| Accrued Compensated Absences | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Rent | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Tax Liability | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Increase (Decrease) In Liabilities | (1,595.6) | (1,508.1) | (1,213.7) | (329.5) | (137.3) | (116.2) | (293.3) | (255.8) | (263.0) | (41.4) | (40.5) | (33.2) | (5,827.5) |
| **Total Operating Adjustments** | (2,408.0) | (2,049.3) | (1,912.3) | (800.0) | (459.0) | (219.0) | 56.0 | (493.9) | (259.6) | 45.4 | (190.5) | (276.5) | (8,966.6) |
| | | | | | | | | | | | | | |
| **Investing Adjustments** | | | | | | | | | | | | | |
| Capital Expenditures | - | (25.0) | (775.3) | (25.3) | (445.0) | (25.0) | (505.0) | (25.0) | (85.0) | (265.0) | (265.0) | (25.0) | (2,465.6) |
| **Total Investing Adjustments** | - | (25.0) | (775.3) | (25.3) | (445.0) | (25.0) | (505.0) | (25.0) | (85.0) | (265.0) | (265.0) | (25.0) | (2,465.6) |
| | | | | | | | | | | | | | |
| **Financing Adjustments** | | | | | | | | | | | | | |
| Accrued Interest | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 393.8 | 4,725.8 |
| ABL Net Borrowings | (198.4) | (254.6) | 21.4 | (23.3) | (217.1) | (122.9) | (430.5) | 108.5 | (117.7) | (129.4) | 64.7 | 162.3 | (1,137.1) |
| Term Loan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Lease | - | - | 525.0 | - | 294.0 | - | 336.0 | - | 42.0 | 168.0 | 168.0 | - | 1,533.0 |
| Incremental Funding | - | - | - | - | - | - | - | - | - | - | - | - | - |
| New Loans | 2,212.6 | 1,935.1 | 1,747.4 | 454.8 | 433.3 | - | 122.7 | 16.5 | 26.5 | - | - | - | 6,948.8 |
| **Total Financing Adjustments** | 2,408.0 | 2,074.3 | 2,687.6 | 825.3 | 904.0 | 270.9 | 422.1 | 518.9 | 344.6 | 432.4 | 626.5 | 556.1 | 12,070.5 |
| **Total Cash Flow** | - | - | - | - | 26.9 | (26.9) | - | (.0) | 212.8 | 171.0 | 254.6 | | 638.3 |

Confidential

PP-TRBK0046323