# 20 Civ. 06274 (LAK)

**United States District Court**

*for the*

**Southern District of New York**

———————————————

IN RE TRANSCARE CORPORATION, ET AL.

DEBTORS,

———————————————

PATRIARCH PARTNERS AGENCY SERVICES, LLC, ET AL.

DEFENDANTS-APPELLANTS,

—against—

SALVATORE LAMONICA, AS CHAPTER 7 TRUSTEE OF THE JOINTLY-
ADMINISTERED ESTATES OF TRANSCARE CORPORATION, ET AL.,

PLAINTIFF-APPELLEE.

———————————————

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK (BERNSTEIN, J.)

IN RE: TRANSCARE CORPORATION, ET AL., CASE NO. 16-10407 (SMB)

LAMONICA V. TILTON, ET AL., ADV. PROC. NO. 18-1021 (SMB)

**APPENDIX TO BRIEF FOR THE APPELLANTS**

## Volume XXXIII- A3851-A3867

**TransCare - updates to 2016 preliminary plan based on yesterday's discussion**

From:
Michael Greenberg <michael.greenberg@patriarchpartners.com>
To:
clandeck@carlmarksadvisors.com, jkillion@carlmarksadvisors.com
Cc:
Jean Luc Pelissier <jeanluc.pelissier@patriarchpartners.com>
Bcc:
jkillion@carlmarks.com
Date:
Thu, 07 Jan 2016 12:33:38 -0500
Attachments:
oledata.mso (4.16 MB); image001.wmz (13 kB); TRANSCARE BUSINESS MODEL 2015 and 2016 12-30-2015 v11-msg (version 1).xlsx (4.76 MB)

Carl/Jonathan,

This is the case that Jean Luc and I had worked on.  Given the discussions with NYSIF ($1MM payment reduced to $225k payment), the cash flow forecast included a payment plan that is more aggressive than the most recent discussions.

As I mentioned, work needs to be done on building interactivity on A/P, A/R, ABL (WF revolver assumptions) and payment plans.

Michael

---

Jean Luc and I worked all night to arrive at a scenario to address the parameters that we discussed yesterday to support a sale process and minimize capital needed.  This reports differs from prior reporting.  As we discussed yesterday, it is more operationally driven.

We began by assessing the changes that have occurred in each of the divisions over the past few years and re-assessing the operational initiatives from 2015.

One of the most meaningful events was in mid-2014 the movement of NY non-emergency from midtown to Hamilton Brooklyn when a majority of the 911 and non-emergency customers are in upper Manhattan and north.  This was one of the operational initiatives for 2015 but progress only made recently.

More specifically, the 2015 operational initiatives included the following:
- Eliminate Hamilton location and locate a location in Manhattan or South Bronx for NYC 911 and non-emergency (move vehicles closer to point of use);
- Eliminate non-profitable contracts including Board of Education and exit Main Line markets;
- Reduction in overhead;
- Build fleet management program for the ambulances (tracking reliability and repair KPI , continuous improvement and preventive maintenance); and
- Implement ePCR.

**Overview of 2014 and 2015 performance by division**
Below is a summary chart by division and a description of each division which illustrates the change in performance in particular divisions over time.  It was used as a foundation for making our model assumptions.

- **Transit (26% of revenue)**
  - The Transit contract was renewed in mid-2015 through October 2019 but the MTA moved away from a commercial contract to a municipal contract where it limited profitability.
  - The  MTA also demanded a rebate of $225k per month beginning in October (for at least 9 months) due to an interim extension where they believed they were overcharged.
  - During the 3rd and 4th quarters of 2015, Transit lost routes due to challenged performance and concerns about the TransCare's stability due to the delayed payment of insurance bills and other obligations.
  - TransCare can look to address Transit's concerns through improved payments of vendors and looking at ways to address the MTA's request to separate the cash of the business.

- **NYC 911 (31% of revenue)** – This is the most profitable division.  Fire Department handles dispatch.  There are 50 vehicles under contract, those vehicles are at work 24hr/day 7 days/week and don't return to the base.
  - All of the main customers have issued ultimatums for new vehicles (20 new 911 vehicles are expected to be required at a minimum).
  - Set number of ambulances per hospital (cannot be added or subtracted).

- **NY Core (non-emergency) (20% of revenue)**
  - Mid-2014 loss of facility in midtown resulted in 30% loss in labor efficiency resulted in turning the division from $50k in EBITDA to $(150)k - $(250)k in EBITDA.
  - A location has been found in the South Bronx which will help labor efficiency significantly.
  - Note that several non-emergency customers (Montefiore, Mt. Sinai) are also 911 customers a key consideration to improving and keeping the business.

- **Maryland (6% of revenue)**
  - University of Maryland is the primary customer.
  - It is a slightly below breakeven market but there is opportunity to increase rates to restore profitability.

- **Pittsburgh (6% of revenue)** – In Q4, due to having the oldest fleet, Pittsburgh has had 20 vehicles out of service.  The performance has suffered as a result of vehicle out of service.

- **Hudson Valley (11% of revenue)** – Historically, a strong market with relatively good vehicles.  More recently, it has had some challenges due to delayed vehicle maintenance.

**PX 158**

LaMonica v. Tilton, et al., 18-1021-smb

CM_TC2018_0003369

| (amounts in thousands) | Year Ended 12/31/2014 | Year Ended 12/31/2015 | $ Change 2015 vs. 2014 | % Change 2015 vs. 2014 | Comments |
|---|---|---|---|---|---|
| New York Revenues Core (total) | 29,189 | 20,566 | (8,623) | -91.5% | Exit Board of Education for $1.2M, reclass |
| Transit Revenues | 30,063 | 29,523 | (540) | -1.8% | Impact of rebate, lost routes later in yr. |
| Maryland Revenues | 8,891 | 6,852 | (2,039) | -22.9% | Lost share for fleet reliability |
| Main Line (incl. Subsidy) | 10,689 | 2,781 | (7,908) | -70.9% | Shut down |
| Pittsburgh Revenues (incl. Subsidy) | 7,868 | 6,828 | (1,040) | -13.1% | Cut nursing homes / Decline UPMC |
| NYC 911 Revenues (incl. Subsidy) | 32,309 | 35,554 | 3,245 | 622.0% | Sandy, Reclass |
| Hudson Valley (including Subsidy) | 11,661 | 12,238 | 577 | 7.3% | |
| All Revenues | 130,670 | 114,342 | (16,328) | -12.5% | |
| | | | | | |
| New York EBITDA Core | 117 | (1,682) | (1,800) | -1533.5% | |
| Transit EBITDA | 3,789 | 2,567 | (1,222) | -32.3% | |
| Maryland EBITDA | 236 | (472) | (708) | -300.0% | |
| Main Line EBITDA | (1,690) | (1,289) | 401 | -23.7% | |
| Pittsburgh EBITDA | 647 | 415 | (232) | -35.9% | |
| NY 911 EBITDA | 3,410 | 6,366 | 2,957 | 86.7% | |
| Hudson Valley EBITDA | 812 | 1,837 | 1,025 | 126.2% | |
| Corp OH | (6,278) | (5,804) | 474 | -7.5% | |
| EBITDA | 488 | 1,365 | 877 | 179.8% | |
| % of revenue | 0.4% | 1.2% | | | |

**Latest Preliminary Budget**

We discussed with management one more time a number of scenarios but agreed to disagree.

As a result, we worked independently to arrive at a scenario more consistent with the parameters discussed yesterday.

Key assumptions to latest preliminary budget:
- Currently there are 169 ambulances in service out of 245 (72 are out of service at any point of time or close to 30%).
  - From mid-year to December 2015, the number of in service vehicles declined by nearly 15.
  - It is unclear as to how much is attributable to delayed maintenance versus the need to replace vehicles (despite the average age of 7+ years).
- Maintenance and payments of parts vendors will be critical in Q1 to address vehicle performance.
- Replacement of 20 NYC 911 vehicles (critical to maintains customers) and 20 non-emergency vehicles to reduce average age of fleet and address those in worst condition.
- Move from Hamilton facility to South Bronx as soon as possible to drive improved efficiency and volume (by up to 30%) of non-emergency and 911 business.
- Inject 20 new ambulances into the 911 business to save customers (assumes 25% down payment).
- MTA business will take 5 – 6 months to improve significantly due to a need to replace management and time required to get back routes.
- MTA has said that they will consider returning routes (currently around 210 vs. 280 – 300 previously) as they witness progress with vendors and consideration of their request to separate cash flow.
- The assumption is that each vehicle adds approximately $38k per month in revenue and $450k per year.

- Revenue increases from $115MM to $120MM, including $2MM in new services.
- Gross margin % improves from 28.6% to 32.1% due to greater efficiencies with improved maintenance, removal of MTA rebate in Q4, increased parts supply and the move from Hamilton to South Bronx.
- EBITDA improves from $1.4MM to $6.9MM based on the reasons outlined above.
- The maximum funding need during 2016 is $4.5MM that can be mitigated through any potential delays in vehicle leases.

Another alternative is to not replace the 20 non-emergency vehicles which would reduce the peak need by only $120k but there is concern that the decline in non-emergency volume will continue.

I have attached the model and shown the monthly P&L below along with 13-week cash forecast as an Exhibit below.

| $ in thousands | 2014 | YTD Sept. | Oct. | Nov. | Dec. | 2015 | Jan. | Feb. | Mar. | Q1 2016 | Q2 2016 | Q3 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $131,122 | $88,841 | $8,911 | $8,681 | $8,318 | $114,752 | $8,672 | $8,995 | $9,175 | $26,842 | $30,180 | $31,390 |
| Cost of Service | 93,567 | 62,562 | 6,596 | 6,536 | 6,239 | 81,933 | 6,249 | 6,347 | 6,305 | 18,901 | 20,438 | 21,021 |
| Gross Margin | 37,555 | 26,279 | 2,316 | 2,145 | 2,079 | 32,818 | 2,423 | 2,648 | 2,869 | 7,940 | 9,742 | 10,369 |
| Gross Margin % | 28.6% | 29.6% | 26.0% | 24.7% | 25.0% | 28.6% | 27.9% | 29.4% | 31.3% | 29.6% | 32.3% | 33.0% |
| Operating Expenses | 37,067 | 23,642 | 2,563 | 2,617 | 2,631 | 31,453 | 2,522 | 2,554 | 2,590 | 7,667 | 7,916 | 8,038 |
| Op. Exp. (% of revenue) | 28.3% | 26.6% | 28.8% | 30.1% | 31.6% | 27.4% | 29.1% | 28.4% | 28.2% | 28.6% | 26.2% | 25.6% |
| EBITDA (after mgmt. fees) | 488 | 2,636 | -247 | -472 | -552 | 1,365 | -99 | 94 | 279 | 273 | 1,826 | 2,330 |
| EBITDA Margin % | 1.3% | 3.0% | -2.8% | -5.4% | -6.6% | 1.2% | -1.1% | 1.0% | 3.0% | 1.0% | 6.1% | 7.4% |
| | | | | | | | | | | | | |
| Interest payments | (4,980) | (3,624) | (414) | (415) | (415) | (4,868) | (388) | (388) | (388) | (1,165) | (862) | (1,165) |
| Capital expenditures | - | - | - | - | - | - | - | 707 | 694 | 1,401 | 1,996 | 249 |
| Capital lease payments | (996) | (367) | (114) | (114) | (114) | (708) | (114) | (371) | (388) | (873) | (1,292) | (1,002) |
| Free Cash Flow | (5,488) | (1,354) | (775) | (1,001) | (1,081) | (4,210) | (601) | 42 | 196 | (364) | 1,668 | 412 |
| **Summary Balance Sheet** | | | | | | | | | | | | |
| A/P (incl. PPAS/PPMG) | $15,174 | $12,882 | $13,104 | $13,988 | $13,298 | $13,298 | $11,948 | $11,228 | $10,284 | $10,284 | $9,679 | $9,391 |
| Cumulative Change in A/P | 3,995 | 1 | 222 | 1,106 | 416 | 416 | (934) | (1,654) | (2,598) | (2,598) | (3,203) | (3,491) |
| | | | | | | | | | | | | |
| PPAS Current Loans | $36,266 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 | $40,895 |
| Proposed Loans | $0 | $0 | $750 | $750 | $2,028 | $2,028 | $6,207 | $6,507 | $6,507 | $6,507 | $6,507 | $6,507 |
| ABL | $17,722 | $17,714 | $17,204 | $16,890 | $17,468 | $17,468 | $16,935 | $17,337 | $17,742 | $17,742 | $18,928 | $19,002 |
| Total Debt | $53,988 | $58,610 | $58,850 | $58,535 | $60,391 | $60,391 | $64,038 | $64,740 | $65,144 | $65,144 | $66,330 | $66,405 |

The peak need of close to $4.5MM is driven by the following:
Immediate requirements (including $1MM NYSIF payment and other obligations this week incl. payroll, payroll taxes);                                   $2.2MM

|  | 25% down payments on 20 911 and 20 non-emergency vehicles: | $1.3MM |
| Other A/P payments necessary to open back up parts supplies and maintain existing vehicles: | | $1.0MM |
| Total | | $4.5MM |

The risk of not leasing the non-emergency vehicles only reduces the peak need by $120k but risks continued deterioration of the non-emergency business.

For the sake of providing another scenario, we considered a more extreme case (Exit NY non-emergency and Maryland):
- ○ NY non-emergency is currently unprofitable.
- ○ Corporate reductions are assumed and would be required in order to maintain profitability.
- ○ Most importantly, peak need is $7.17MM including $2.8MM of old A/P to pay down.
- ○ Revenue of $84.1MM, EBITDA of $4.0MM (EBITDA margin of 4.7%) including a profitable Q1.
- ● **Biggest risk:  Potential loss of lucrative 911 business with Montefiore and Mt. Sinai.**

Please let us know when you would like to discuss.

Thank you,
Michael

---

## Exhibit I – 2016 Monthly Financials

### 2016 Monthly Income Statement

| INCOME STATEMENT | Budget Jan-16 | Budget Feb-16 | Budget Mar-16 | Budget Apr-16 | Budget May-16 | Budget Jun-16 | Budget Jul-16 | Budget Aug-16 | Budget Sep-16 | Budget Oct-16 |
|---|---|---|---|---|---|---|---|---|---|---|
| New Vehicles | 0 | 7 | 7 | 8 | 8 | 5 | 1 | 1 | 1 | 1 |
| In service vehicles | 173 | 180 | 187 | 195 | 203 | 208 | 209 | 210 | 211 | 212 |
| Average monthly revenue per | $39,000 | $39,000 | $38,500 | $39,000 | $39,000 | $38,500 | $38,000 | $38,000 | $38,000 | $38,000 |
| Ambulance Revenue | 6,747,000 | 7,020,000 | 7,199,500 | 7,605,000 | 7,917,000 | 8,008,000 | 7,942,000 | 7,980,000 | 8,018,000 | 8,056,000 |
| | | | | | | | | | | |
| Revenue | $8,647,000 | $8,920,000 | $9,099,500 | $9,605,000 | $9,917,000 | $10,208,000 | $10,142,000 | $10,280,000 | $10,318,000 | $10,356,000 |
| New Products & services | $25,000 | $75,000 | $75,000 | $150,000 | $150,000 | $150,000 | $200,000 | $225,000 | $225,000 | $225,000 |
| Net Revenue (All) | $8,672,000 | $8,995,000 | $9,174,500 | $9,755,000 | $10,067,000 | $10,358,000 | $10,342,000 | $10,505,000 | $10,543,000 | $10,581,000 |
| Driver Compensation & Related | $4,369,440 | $4,542,475 | $4,495,505 | $4,779,930 | $4,832,160 | $4,971,840 | $4,922,792 | $5,000,380 | $5,018,468 | $5,036,556 |
| Dispatch, Customer Service | $301,034 | $312,118 | $321,108 | $341,425 | $332,344 | $362,530 | $361,970 | $367,675 | $369,005 | $336,975 |
| Fleet Compensation | $308,796 | $320,179 | $315,169 | $330,992 | $331,081 | $340,706 | $340,992 | $347,286 | $342,509 | $345,734 |
| Work Compensation Costs | $260,160 | $269,850 | $275,225 | $292,650 | $302,010 | $310,740 | $310,260 | $324,667 | $332,719 | $324,997 |
| Maintenance Costs | $248,751 | $257,909 | $253,571 | $266,814 | $266,676 | $274,418 | $274,646 | $279,691 | $275,904 | $278,449 |
| Other Fees, Insurances | $234,366 | $242,995 | $239,190 | $251,196 | $251,255 | $258,330 | $258,765 | $263,518 | $259,950 | $262,347 |
| Fuel, Tolls & Parking Costs | $225,472 | $233,850 | $238,537 | $253,630 | $261,742 | $269,308 | $268,892 | $273,130 | $274,118 | $275,106 |
| Medical Supplies, Rentals & Repairs | $72,397 | $75,075 | $73,902 | $77,614 | $77,645 | $79,912 | $79,982 | $81,481 | $80,303 | $81,169 |
| Communications | $35,107 | $36,431 | $35,869 | $37,678 | $37,718 | $38,844 | $38,885 | $39,674 | $38,931 | $39,472 |
| All Other GOGS | $53,766 | $55,769 | $54,882 | $59,481 | $62,415 | $64,220 | $64,120 | $65,131 | $65,367 | $65,662 |
| SUB TOTAL - COST OF SERVICE | $6,249,289 | $6,346,671 | $6,305,268 | $6,692,230 | $6,778,046 | $6,971,068 | $6,921,304 | $7,042,633 | $7,057,294 | $7,046,347 |
| SUB TOTAL - GROSS PROFIT | $2,422,711 | $2,648,329 | $2,869,232 | $3,062,770 | $3,291,954 | $3,386,932 | $3,420,696 | $3,462,367 | $3,485,706 | $3,534,653 |
| % | 27.9% | 29.4% | 31.3% | 31.4% | 32.7% | 32.7% | 33.1% | 33.0% | 33.1% | 33.4% |
| Administrative Staffing | $1,023,296 | $1,007,440 | $1,027,544 | $1,075,000 | $1,075,000 | $1,075,000 | $1,075,000 | $1,075,000 | $1,075,000 | $1,075,000 |
| Facility Costs | 318,085 | 327,616 | 321,923 | 337,492 | 335,361 | 342,854 | 342,549 | 345,529 | 352,040 | 343,879 |
| Insurance Auto/Liability | 234,144 | 242,865 | 247,712 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Professional Fees | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 | 140,000 |
| All Other SG&A | 286,176 | 296,835 | 302,759 | 321,915 | 332,211 | 341,814 | 341,286 | 346,665 | 347,919 | 349,173 |
| Bad Debt | 520,320 | 539,700 | 550,470 | 487,750 | 503,350 | 517,900 | 517,100 | 525,250 | 527,150 | 529,050 |
| TOTAL OPERATING EXPENSES | $2,522,021 | $2,554,456 | $2,590,407 | $2,612,157 | $2,635,922 | $2,667,568 | $2,665,935 | $2,680,444 | $2,692,118 | $2,687,102 |
| | | | | | | | | | | |
| EBITDA CURRENT BUSINESS | ($99,310) | $93,873 | $278,825 | $450,613 | $656,031 | $719,364 | $754,760 | $781,922 | $793,588 | $847,550 |
| % | -1.1% | 1.0% | 3.0% | 4.6% | 6.5% | 6.9% | 7.3% | 7.4% | 7.5% | 8.0% |
| Interest Expense & Cap Lease | $429,018 | $433,219 | $437,344 | $442,093 | $446,751 | $449,045 | $451,464 | $451,730 | $451,981 | $452,217 |
| Depreciation | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 |
| All other | 4,950 | 6,019 | 5,532 | 5,600 | 6,729 | 5,200 | 6,290 | 6,540 | 6,540 | 6,540 |
| Income Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME with RECOVERY | ($688,356) | ($500,443) | ($339,128) | ($152,157) | $47,474 | $110,042 | $141,969 | $168,575 | $179,990 | $233,716 |
| % | -7.9% | -5.6% | -3.7% | -1.6% | 0.5% | 1.1% | 1.4% | 1.6% | 1.7% | 2.2% |

### 2016 Monthly Balance Sheet

| | Budget Jan-16 | Budget Feb-16 | Budget Mar-16 | Budget Apr-16 | Budget May-16 | Budget Jun-16 | Budget Jul-16 | Budget Aug-16 | Budget Sep-16 |
|---|---|---|---|---|---|---|---|---|---|
| Cash | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 |
| Accounts Receivable (Net of reserve) | $20,551,491 | $20,364,693 | $20,479,730 | $19,529,461 | $20,934,882 | $19,831,622 | $19,527,680 | $18,637,480 | $19,467,698 |
| Inventories | 1,200,000 | 995,350 | 995,350 | 1,515,000 | 1,515,000 | 1,524,156 | 1,375,836 | 1,575,836 | 1,875,000 |
| Prepaid Expenses | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| **Total Current Assets** | **$22,101,491** | **$21,710,043** | **$21,825,080** | **$21,394,461** | **$22,799,882** | **$21,705,778** | **$21,253,496** | **$20,563,316** | **$21,692,698** |
| | | | | | | | | | |
| PPE (Net) | $3,194,486 | $3,901,445 | $4,595,286 | $5,433,760 | $6,256,777 | $6,591,310 | $6,916,768 | $6,879,617 | $6,839,843 |
| Goodwill | 13,547,506 | 13,547,506 | 13,547,506 | 13,547,506 | 13,547,506 | 13,547,506 | 13,547,506 | 13,547,506 | 13,547,506 |
| Other Assets | 6,205,085 | 6,205,085 | 6,205,085 | 6,205,085 | 6,205,085 | 6,205,085 | 6,205,085 | 6,205,085 | 6,205,085 |
| **TOTAL ASSETS** | **$45,048,568** | **$45,364,079** | **$46,172,957** | **$46,580,812** | **$48,809,250** | **$48,049,680** | **$47,922,855** | **$47,195,524** | **$48,285,132** |
| | | | | | | | | | |
| Accounts Payable | $11,547,502 | $11,227,502 | $10,283,502 | $10,077,532 | $9,876,275 | $9,678,750 | $9,581,962 | $9,486,143 | $9,391,281 |
| Accrued Expenses | $1,656,940 | $1,856,940 | $2,903,450 | $2,869,801 | $2,508,121 | $2,486,158 | $2,414,460 | $2,479,083 | $2,614,220 |
| Accrued Compensated Absences | 605,581 | 605,581 | 605,581 | 605,581 | 605,581 | 605,581 | 605,581 | 605,581 | 605,581 |
| Line of Credit Borrowing | 16,934,895 | 17,336,889 | 17,741,544 | 17,775,401 | 19,769,585 | 18,927,632 | 18,574,866 | 18,020,307 | 19,002,423 |
| **Current liabilities** | **$31,144,918** | **$31,026,912** | **$31,534,077** | **$31,328,615** | **$32,759,562** | **$31,698,121** | **$31,176,869** | **$30,391,114** | **$31,413,508** |
| | | | | | | | | | |
| Term Loans | 40,895,483 | 40,895,483 | 40,895,483 | 40,895,483 | 40,895,483 | 40,895,483 | 40,895,483 | 40,895,483 | 40,895,483 |
| **Capital Contribution** | 6,207,239 | 6,507,239 | 6,507,239 | 6,507,239 | 6,507,239 | 6,507,239 | 6,507,239 | 6,507,239 | 6,507,239 |
| Capital Lease | 1,009,488 | 1,643,447 | 2,264,288 | 3,029,762 | 3,779,779 | 3,971,607 | 4,224,065 | 4,113,914 | 4,001,139 |
| Deferred Rent Payable | 815,152 | 815,152 | 815,152 | 815,152 | 815,152 | 815,152 | 815,152 | 815,152 | 815,152 |
| Deferred Tax Liability | 3,821,396 | 3,821,396 | 3,821,396 | 3,821,396 | 3,821,396 | 3,821,396 | 3,821,396 | 3,821,396 | 3,821,396 |
| **TOTAL LIABILITIES** | **$3,893,676** | **$4,709,629** | **$5,837,636** | **$6,397,647** | **$8,578,611** | **$7,708,998** | **$7,440,204** | **$6,544,298** | **$7,453,917** |
| Equity (Deficit) | ($38,845,108) | ($39,345,550) | ($39,664,678) | ($39,816,835) | ($39,769,361) | ($39,659,319) | ($39,517,350) | ($39,348,775) | ($39,168,785) |
| **TOTAL EQUITY** | **($38,845,108)** | **($39,345,550)** | **($39,664,678)** | **($39,816,835)** | **($39,769,361)** | **($39,659,319)** | **($39,517,350)** | **($39,348,775)** | **($39,168,785)** |
| **TOTAL LIABILITIES & EQUITY** | **($45,048,569** | **$45,364,078** | **$46,172,957** | **$46,580,812** | **$48,809,250** | **$48,049,679** | **$47,922,855** | **$47,195,523** | **$48,285,132** |

**2016 Monthly Cash Flow Statement**

| CASH FLOW STATEMENT | Budget Jan-16 | Budget Feb-16 | Budget Mar-16 | Budget Apr-16 | Budget May-16 | Budget Jun-16 | Budget Jul-16 | Budget Aug-16 | Budget Sep-16 | Budget Oct-16 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Income/(Loss) | ($688,356) | ($500,443) | ($319,128) | ($152,157) | $47,474 | $110,042 | $141,969 | $168,575 | $179,990 | $233, |
| Add back: Deprec. & Amortization | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155,077 | 155, |
| Bad debts | $20,320 | $39,700 | 550,470 | 487,750 | 503,350 | 517,900 | 517,100 | 525,250 | 527,150 | 529, |
| Deferred Tax Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Changes in operating assets & liabilities | | | | | | | | | | |
| Decrease/(Increase) in AR & Other | 656,950 | 186,799 | (115,037) | 950,269 | (1,405,421) | 1,103,260 | 303,962 | 890,180 | (830,219) | 138, |
| Decrease/(Increase) in Inventory | 0 | 204,650 | 0 | (519,650) | 0 | (9,156) | 148,320 | (200,000) | (299,164) | |
| Decrease/(Increase) in Pre-Paid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Increase/(Decrease) in AP & Other | (4,144,261) | (1,342,653) | (691,561) | (1,084,564) | (1,377,714) | (612,772) | (464,034) | (407,072) | (129,628) | (119, |
| **CASH FLOW FROM OPERATIONS** | **($3,500,269)** | **($756,870)** | **($420,180)** | **($163,275)** | **($2,077,233)** | **$1,264,352** | **$802,394** | **$1,132,011** | **($396,795)** | **$936,** |
| Purchase of Property and Equipment | $0 | $706,939 | $693,841 | $838,474 | $823,017 | $334,334 | $325,458 | ($37,151) | ($39,774) | ($42, |
| Lease New Fleet Vehicles | (73,000) | (326,041) | (339,159) | (354,526) | (369,983) | (378,466) | (387,542) | (270,151) | (272,774) | (275, |
| Proceeds from Disposal of Assets | | | | | | | | | | |
| **CASH FLOW FROM INVESTING** | **($73,000)** | **$380,917** | **$354,683** | **$483,948** | **$453,034** | **($43,933)** | **($62,085)** | **($307,302)** | **($312,549)** | **($317,** |
| | | | | | | | | | | |
| **CASH FLOW BEFORE FINANCING** | **($3,573,269)** | **($375,953)** | **($65,497)** | **$320,673** | **($1,624,200)** | **$1,220,419** | **$740,309** | **$824,709** | **($709,344)** | **$619,** |
| Proceeds (Repay) of Line of Credit | ($552,969) | $401,994 | $404,656 | $33,857 | $1,994,183 | ($841,953) | ($352,766) | ($554,559) | $982,118 | ($343, |
| Payments of Capital Lease Obligations | (73,000) | (326,041) | (339,159) | (354,526) | (369,983) | (378,466) | (387,542) | (270,151) | (272,774) | (275, |
| Proceeds (Pay down) Capital | | | | | | | | | | |
| Proceeds from Term Loans | 4,179,239 | 300,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Deferred Financing Cost | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **CASH FLOW FROM FINANCING** | **$3,573,270** | **$375,952** | **$65,497** | **($320,669)** | **$1,624,200** | **($1,220,419)** | **($740,309)** | **($824,709)** | **$709,343** | **($619,** |
| BEGINNING CASH BALANCE | $100,001 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100, |
| Net Change in Cash Balance | 0 | (0) | 0 | 4 | 0 | (0) | 0 | (0) | (0) | |
| **ENDING CASH BALANCE** | **$100,001** | **$100,000** | **$100,000** | **$100,004** | **$100,000** | **$100,000** | **$100,000** | **$100,000** | **$100,000** | **$100,** |

**Exhibit II – 13-week cash flow forecast**

**A3854**

CM_TC2018_0003372

**TransCare Corporation**
**13 Week Cash Plan**
(000's Omitted)

| | Budget Week 1 1/1/16 | Budget Week 2 1/8/16 | Budget Week 3 1/15/16 | Budget Week 4 1/22/16 | Budget Week 5 1/29/16 | Budget Week 6 2/5/16 | Budget Week 7 2/12/16 | Budget Week 8 2/19/16 | Budget Week 9 2/26/16 | Budget Week 10 3/4/16 | Budget Week 11 3/11/16 | Budget Week 12 3/18/16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | |
| Ambulance Receipts | 1,307 | 1,772 | 1,602 | 1,707 | 1,707 | 1,707 | 1,707 | 1,906 | 1,707 | 1,707 | 1,707 | 1,80 |
| Paratransit Receipts | - | - | 1,956 | - | - | 2,050 | - | - | - | - | 2,050 | - |
| **TOTAL RECEIPTS** | 1,307 | 1,772 | 3,558 | 1,707 | 1,707 | 3,757 | 1,707 | 1,906 | 1,707 | 1,707 | 3,757 | 1,80 |
| **DISBURSEMENTS** | | | | | | | | | | | | |
| *Payroll* | | | | | | | | | | | | |
| Wages and employer taxes | 696 | 2,266 | 1,725 | 1,365 | 1,365 | 1,365 | 1,365 | 1,365 | 1,365 | 1,365 | 1,365 | 1,36 |
| HIP & Voluntary Benefits | - | - | - | - | - | - | - | - | - | - | - | - |
| H.S.A. funding | | | | | | | | | | | | |
| UHC - Employee Medical | - | - | 30 | 370 | - | - | - | - | 370 | 370 | - | - |
| Total Benefits | 696 | 2,266 | 1,755 | 1,735 | 1,365 | 1,365 | 1,365 | 1,365 | 1,735 | 1,735 | 1,365 | 1,36 |
| **Total payroll & benefits** | 696 | 2,266 | 1,755 | 1,735 | 1,365 | 1,365 | 1,365 | 1,365 | 1,735 | 1,735 | 1,365 | 1,36 |
| *Insurance* | - | 1,253 | - | 357 | 504 | 200 | 200 | 357 | 347 | 257 | 100 | 10 |
| *Debt interest* | 310 | 385 | - | - | 85 | 300 | - | - | 85 | 300 | - | - |
| *Other disbursements* | | | | | | | | | | | | |
| Rent | 443 | - | 135 | 135 | - | 50 | 150 | 56 | - | 100 | 28 | - |
| ACH Debits | 85 | 46 | 64 | 71 | 123 | 65 | 74 | 146 | 194 | 76 | 58 | 14 |
| **Vehicle lease payments** | 43 | 43 | - | - | 43 | - | - | - | 90 | - | - | - |
| **Vehicle purchase dp** | - | - | - | - | - | (1) | - | - | - | - | 240 | - |
| Accounts payable - other | 25 | - | 25 | 150 | 200 | 223 | 200 | 220 | 300 | 150 | 300 | 25 |
| **Total other disbursements** | 596 | 89 | 224 | 356 | 366 | 337 | 424 | 422 | 584 | 326 | 626 | 39 |
| **TOTAL DISBURSEMENTS** | 1,602 | 3,993 | 1,979 | 2,448 | 2,320 | 2,202 | 1,989 | 2,144 | 2,751 | 2,618 | 2,091 | 1,86 |
| **CHANGE IN CASH** | (295) | (2,221) | 1,579 | (741) | (613) | 1,554 | (282) | (238) | (1,044) | (911) | 1,666 | (6 |
| | | | | | | | | | | | | |
| **NET AVAILABLE CASH** | 1 | (2,149) | (2,999) | (3,839) | (4,179) | (4,182) | (3,971) | (3,915) | (4,466) | (4,594) | (4,485) | (4,15 |
| Wachovia ABL balance | 14,811 | 15,409 | 15,287 | 15,287 | 15,287 | 15,510 | 15,234 | 15,077 | 15,743 | 15,951 | 15,951 | 15,95 |
| Trailing 60-day cash | 25,042 | 24,986 | 24,694 | 24,472 | 23,977 | 24,327 | 24,677 | 24,245 | 24,517 | 24,505 | 24,253 | 24,08 |
| Eligible AR | 15,848 | 15,807 | 15,912 | 16,242 | 16,568 | 16,682 | 16,171 | 16,273 | 16,200 | 16,184 | 16,444 | 16,44 |

Michael S. Greenberg
Patriarch Partners
One Broadway, 5th Floor
New York, NY 10004
Direct: 646-723-7657
Fax: 212-825-2038
Email: michael.greenberg@patriarchpartners.com
www.patriarchpartners.com

This document has not been tiffed because it either (a) is being produced natively or (b) is a file type that cannot be tiffed

CONFIDENTIAL

CM_TC2018_0003374

CONFIDENTIAL

| (amounts in thousands) | Year Ended 12/31/2014 | Year Ended 12/31/2015 | $ Change 2015 vs. 2014 | % Change 2015 vs. 2014 | Comments |
|---|---|---|---|---|---|
| New York Revenues Core (total) | 29,189 | 20,566 | (8,623) | -91.5% | Exit Board of Education for $1.2M, reclass |
| Transit Revenues | 30,063 | 29,523 | (540) | -1.8% | Impact of rebate, lost routes later in yr. |
| Maryland Revenues | 8,891 | 6,852 | (2,039) | -22.9% | Lost share for fleet reliability |
| Main Line (incl. Subsidy) | 10,689 | 2,781 | (7,908) | -70.9% | Shut down |
| Pittsburgh Revenues (incl. Subsidy) | 7,868 | 6,828 | (1,040) | -13.1% | Cut nursing homes / Decline UPMC |
| NYC 911 Revenues (incl. Subsidy) | 32,309 | 35,554 | 3,245 | 622.0% | Sandy, Reclass |
| Hudson Valley (including Subsidy) | 11,661 | 12,238 | 577 | 7.3% | |
| All Revenues | 130,670 | 114,342 | (16,328) | -12.5% | |
| | | | | | |
| New York EBITDA Core | 117 | (1,682) | (1,800) | -1533.5% | |
| Transit EBITDA | 3,789 | 2,567 | (1,222) | -32.3% | |
| Maryland EBITDA | 236 | (472) | (708) | -300.0% | |
| Main Line EBITDA | (1,690) | (1,289) | 401 | -23.7% | |
| Pittsburgh EBITDA | 647 | 415 | (232) | -35.9% | |
| NY 911 EBITDA | 3,410 | 6,366 | 2,957 | 86.7% | |
| Hudson Valley EBITDA | 812 | 1,837 | 1,025 | 126.2% | |
| Corp OH | (6,278) | (5,804) | 474 | -7.5% | |
| EBITDA | 488 | 1,365 | 877 | 179.8% | |
| % of revenue | 0.4% | 1.2% | A3857 | | |

CM_TC2018_0003375

This document has not been tiffed because it either (a) is being produced natively or (b) is a file type that cannot be tiffed

CONFIDENTIAL

CM_TC2018_0003376

| From: | Marc Pfefferle <mpfefferle@carlmarks.com> |
|---|---|
| Sent: | Thursday, January 14, 2016 4:44 AM |
| To: | Lynn Tilton <Lynn.Tilton@PatriarchPartners.Com> |
| Cc: | Mark Claster <mclaster@carlmarks.com> |
| Subject: | RE: Carl Marks Advisors Status Update |

Lynn,

Thanks for your quick response.  This is what we have been concerned about since we got here – funding into a black hole so our focus has been on the size of the hole and once filled what the business can really generate.  Seems like there is a reason for the Company to exist, but the EBITDA numbers we were originally given are significantly overstated, so we are of course concerned about the economics.  We will have a more complete picture when Carl, Jon and Michael talk to Barbara today and Jon completes the forecast model with as much accuracy as possible given 4 days on the job fighting fires.

In addition to the points stated in my prior email, we have concerns that the move to Brooklyn operations to the Bronx will be disruptive (only question is how disruptive, in part based upon what eviction timeframe the court rules), but certainly a filing could delay the anticipated short term eviction.

We have a lot more work to do before our meeting tomorrow to give you as complete a picture as possible for decision making based on reality.

Thanks.

http://carlmarksadvis
ors.com/wp-
content/uploads/201
4/11/CMA_logo.png

**Marc L. Pfefferle**
Partner
212-909-8441 office
203-856-8400 cell
900 Third Avenue, 33rd Floor
New York, NY 10022

website | email |  ¤  | 

*Driving success through change and growth*
**From:** Lynn Tilton [mailto:Lynn.Tilton@PatriarchPartners.Com]
**Sent:** Thursday, January 14, 2016 2:33 AM
**To:** Marc Pfefferle <mpfefferle@carlmarks.com>
**Cc:** Jean Luc Pelissier <JeanLuc.Pelissier@PatriarchPartners.com>; Randy Jones <Randy.Jones@PatriarchPartners.com>; Michael Greenberg <Michael.Greenberg@PatriarchPartners.com>; Mark Claster <mclaster@carlmarks.com>; Carl Landeck <clandeck@carlmarks.com>; Jonathan Killion <jkillion@carlmarks.com>
**Subject:** RE: Carl Marks Advisors Status Update

Marc,
I am sorry if there was a misunderstanding on protocol.  I am being asked to provide money and make decisions on the future of the company.  I must have clarity and with immediacy on what is the situation.  I need direct communication. Thank you for the email.  I will read more carefully on the plane.

But it is essential that this business be able to generate more revenues than its cost of payroll or it is not a business that can be saved.  I am not sure how it unraveled so quickly but it may just have gone too far.
I agree that we need to meet Friday.  I do not want to keep funding into a black hole that

CONFIDENTIAL

**PX 165**

LaMonica v. Tilton, et al., 18-1021-smb

CM_TC2018_0000925

cannot be filled or a company that cannot generate sufficient cash to cover its expenses.

It makes me sad but it is more important that I understand the reality before I fund more and more cash as I have to only fund losses over the last six months.
I have been a constant stop gap measure without a plan that drove the future.

I will read more carefully as I am rushing to pack and get to the airport. But  bottom line is if we cannot find a way to create a business that has a future, with positive cash flow and the ability to pay its bills.   Then sooner rather than later for me.

Lynn

 emailLogo

*Lynn Tilton*
Chief Executive Officer
Patriarch Partners, LLC
One Broadway, 5th Floor
New York, NY 10004
212-825-6772
212-825-2038 – FAX
Lynn.Tilton@PatriarchPartners.com
Web: www.patriarchpartners.com

**From:** Marc Pfefferle [mailto:mpfefferle@carlmarks.com]
**Sent:** Thursday, January 14, 2016 12:59 AM
**To:** Lynn Tilton
**Cc:** Jean Luc Pelissier; Randy Jones; Michael Greenberg; Mark Claster; Carl Landeck; Jonathan Killion; Marc Pfefferle
**Subject:** Carl Marks Advisors Status Update

Lynn,

Excuse us for not communicating earlier. We were under the impression that the protocol was to communicate through Jean-Luc, Randy and Michael, which the team has been doing regularly.  Here is our update which expands on the email that Randy sent to you around noon EST Wednesday.

Further, we would request time with you Friday morning at around 10am to present a more detailed update and review the financial model/plan which we have been working on, as well as provide you with our initial analysis of your request this evening for the cost of a BR filing versus the cost of bridging to a sale (which given the AP overhang might also be best done in the form of a 363 sale).

To begin with let us tell you what we have been doing since Monday:

Carl Landeck has been functioning as the CFO of TransCare ("TC").  His focus has been on:
- Getting up to speed on finance operations, processes and controls (and deficiencies of same)
- Understanding the true cash position, vendor situation, and what the immediate/next several months cash requirements of the Company are, emphasizing the daily/weekly forecast tools

**A3860**

CM_TC2018_0000926

- Understanding the borrowing base reporting requirements, data sources and formulas, and he now has working knowledge of revolver borrowing capacity
- Establishing communication link with Mellisa in Wells Boston office (on phone with Michael) and successfully preventing so far Wells implementing a block for payroll taxes and payroll float (both which could still happen if TC does not make upcoming payments)
- Getting immersed in ongoing vendor payment issues
- Along with Jon Killion, working with Michael Greenberg on financial and funding issues of the business
- He also participated in Monday meeting with NYSIP and Tuesday meeting led by Jean-Luc to introduce Carl Marks and get business updates

Jon Killion, who is a senior financial consultant, has been assisting Carl, attending described meetings above, and creating a more robust and flexible financial forecast model and plan. This model reflects input from the business update reviews Jon has been conducting with Michael and Carl.  So far, 3 of the 4 Division managers (including Transit) have spent a number of hours each discussing the current outlook for their operations.

As far as myself and Mark Claster, we have been overseeing the overall assignment scope and are providing restructuring guidance, recommendations and constituent negotiation support, so far investing more than a combined one day per week basis.  In addition to overseeing and guiding the work of Carl and Jon and working with the Patriarch TC team, to date we have spent several days actively participating in the NYSIP meeting and drafting of the response to Eric Madoff's subsequent email, participating in the management meeting at TC to discuss status of each Division, and advising on approach to various customers, and other business and cash flow issues. We have also had initial conversations with Wells and with their counsel Otterbourg about bringing money into the business on a "protected" basis, which the Patriarch team also has done. We recommend this be further pursued in the context of an overall plan.

After three days of work, we have reached some preliminary conclusions which unfortunately require a substantial amount of funding if the business is going to survive.  These are not wish list amounts that might have been asked of you in the past, but absolutely necessary in order to keep the business as an ongoing enterprise.

Carl's observation is that the business has recently been generating and was expected to continue generating approximately $1.5M-$1.6M base cash flow per week, plus the once a month ParaTransit/MTA payment (Note: even if cash flow is higher liquidity will remain a critical issue and with losses of customers or trip volume cash flow generation could fall below these levels). The monthly MTA and subsidy payments have already been received in January so our current baseline is $1.5M in cash collections generated in each of the next 3-4 weeks.  So far through Wed. this week, collections received this week are trending to the $1.2M-$1.3M level.

Against these levels of generated availability, weekly payroll and payroll tax amounts come to approximately $1.35M per week, leaving very little cash for other expenses in the coming 3-4 weeks.  Vendors have been stretched to the point where some will no longer even work with TC on a COD basis. Some employees have been buying small $ parts on their own credit cards for a while now and all insurance companies have issued cancellation notices with effective dates in the next several business days.

As we see today, here are the most critical amounts that need to be paid, excluding term debt interest payments, in the context of an overall plan that we will discuss on Friday based upon the financial forecast that Jon and Carl have been working on.  However, we did want to point out the time urgency (this week) for several of these items:

- Funding of NYSIT payment plan (current cancellation date Tuesday January 19th, with Monday being a holiday)
- Friday payroll of $900K (anticipate Thurs/Friday availability will cover only $500K)
- Friday PR taxes of $465K plus PR taxes from last Friday of $465K (these are personal responsibility items for officers and also potentially Board members, and item Wells will almost certainly institute a block if not caught up)
- $335K Employee medical insurance to avoid cancellation by January 15
- $221K Auto insurance to avoid cancellation by January 15
- $143K Liability/Property Insurance to avoid cancellation by January 22
- $48K Santander and Signature Financial vehicle leases to avoid imminent repossession
- $50K NYS WC Class Action Defense (owe additional $75K) - imminent removal from coalition
- $77K Salisbury Settlement
- $73K Sez Foster Settlement

**A3861**

- $81K Milea – Brooklyn landlord in eviction proceedings
- $44K AT&T – Landline communications. Termination expected by January 31. Shut off Notice
- $10K Mordy attorney
- In addition, need to cover weekly fuel, rent, union dues, repairs & fleet maintenance and other business necessary operating expenses

As a final note, the situation with key staff in tenuous positions appears to include not only Rob Stuck, but we believe Barbara Santiago and likely others who are tired fighting a losing battle with customers and vendors and have lost most hope that a turnaround can be effected.  All efforts are being made to encourage these employees, but a quick and positive resolution is essential.

Thanks, the Carl Marks Advisors team looks forward to meeting with you Friday.

**Marc L. Pfefferle**
Partner
212-909-8441 office
203-856-8400 cell
900 Third Avenue, 33rd Floor
New York, NY 10022

website | email |

*Driving success through change and growth*

CONFIDENTIAL

CM_TC2018_0000928

| | |
|---|---|
| **From:** | Michael Greenberg |
| **Sent:** | Friday, January 15, 2016 1:10 PM |
| **To:** | Financial and Investment Law |
| **Cc:** | Renee Dudley; Carlos Mercado |
| **Subject:** | TransCare - wires today |
| **Attachments:** | wire instructions.pdf |

Renee,

Please see the attached wires for today for Transcare.

Zurich – is for auto insurance  - **$ 221,122.00**

IPFS (Imperial) – G/L, P/L insurance -  **$ 142,993.83**

**AETNA PAYMENT OWED FOR DECEMBER 2015 PREMIUM: $ 334,802.76 (awaiting Aetna wiring instructions).**

Michael

**PX 168**

LaMonica v. Tilton, et al., 18-1021-smb

1

**A3863**

Confidential                                                                                  PP-TRBK0018276

**Wire Instructions for IPFS GL/PL**

| | |
|---|---|
| **ABA Number :** | 101000019 |
| **Account Name:** | IPFS CORPORATION |
| **Account No.** | 19597 |

| | |
|---|---|
| **Beneficiary Information:** | IMPERIAL PFS ACCT # ILC-91463 |
| | INSTALLMENT # 6 |

| | |
|---|---|
| **Amount owed:** | **$ 142,993.83** |

**Wire Instructions for ZURICH**

| | |
|---|---|
| **ABA Number :** | ███████ |
| **Account Name:** | ZURICH AMERICAN INSURANCE COMPANY |
| **Account No.** | ███████ |

| | |
|---|---|
| **Beneficiary Information:** | BAP 9441371 00 |

| | |
|---|---|
| **Amount owed:** | **$ 221,122.00** |

**AETNA PAYMENT OWED FOR DECEMEBER 2015 PREMIUM:**      **$ 334,802.76**

**A3864**

Confidential

| | |
|---|---|
| **From:** | Daniel F. Fiorillo <dfiorillo@otterbourg.com> |
| **Sent:** | Friday, January 15, 2016 5:04 PM |
| **To:** | Michael Greenberg |
| **Cc:** | Adam Katz; 'Forte, Laurence'; 'robert.strack@wellsfargo.com'; john.husson@wellsfargo.com; melissa.provost@wellsfargo.com; Jonathan N. Helfat; Chad B. Simon |
| **Subject:** | RE: TransCare |

Michael,

Thank you for your email below.

While we cannot confirm the points that you have outlined in your email below for reasons that we discussed earlier this afternoon, we are prepared to confirm the following in connection with Patriarch's agreement to fund TransCare today up to $1.5 million for operating expenses (the "Funding").

First, Wells Fargo would be willing to allow the Funding to be secured by a lien in the TransCare assets, junior and subordinate in all respect to any and all liens and security interests of Wells Fargo in such assets and subject to the terms of an intercreditor agreement in form and substance satisfactory to Wells Fargo in its sole discretion.

Second, Wells Fargo would be willing to agree to a 2 week extension of the existing forbearance agreement, provided, that (i) Wells Fargo receives evidence, in form and substance satisfactory to it, that each term loan lender under the TransCare/Patriarch term loan and credit facility (other than Zohar CDO 2003-1, Limited) agree to subordinate its liens and security interests in the TransCare collateral to the liens and security interests of Wells Fargo, on terms and conditions acceptable to Wells Fargo, and (ii) Wells Fargo receives a budget, in form and substance satisfactory to it, on or before the close of business on Tuesday, January 21, 2016.

All rights are reserved.

Thank you.

**From:** Michael Greenberg [mailto:Michael.Greenberg@PatriarchPartners.com]
**Sent:** Friday, January 15, 2016 2:06 PM
**To:** Forte, Laurence S.; Strack, Robert P.
**Cc:** Provost, Melissa A.; Jean Luc Pelissier; 'Marc Pfefferle'; Randy Jones
**Subject:** RE: TransCare - request regarding new facility

Larry/Bob,

As we discussed earlier today, new funding needs to be provided today to TransCare in the amount of up to $1.5MM (including resolving NYSIF termination issues) in order to address critical insurance and other obligations (including resolving NYSIF termination issues) and, as part of a first funding under a go forward business plan being developed, of up to $6.5MM.

Below are the terms that we request confirmation of as we work toward a business plan with the company.  Carl Marks is getting up to speed but has only been on the ground for 4 days.

1

**PX 170**

LaMonica v. Tilton, et al., 18-1021-smb

**A3865**

- We are requesting Wells Fargo's confirmation that the new facility that these funds will be provided under will share in a junior capacity to Wells in the Wells Fargo ABL collateral package but senior to the existing Term Loan debt.

- Without Wells Fargo's consent, Patriarch Partners Agency Services (PPAS), as Agent for the lenders, agree not to foreclose on the ABL collateral.

- Patriarch Partners Agency Services, as Agent for the Term Loan lenders, confirm the approval of the seniority of the new funding in the Wells Fargo ABL collateral package to the existing Term Loan debt but junior to Wells Fargo's lien.

- Additionally, PPAS, as Agent for the lenders, confirm that, in a sale, the Wells Fargo's position in the ABL facility has priority over this new facility and the Term Loan lenders.

- In addition to the above, we ask that Wells Fargo permit the company to maintain a 1-week lag in payroll tax obligations without establishing a reserve for a period until the week ending 02/05 while we finalize the plan, review with Wells and begin implementing the plan.

- Based on the commitment being provided to the company and that it will take time to stabilize the company. PPAS, as Agent for the lenders, requests a 1-year extension on the ABL facility through January 31, 2017 while a turnaround plan is put in place along with the assistance of Carl Marks.

  - The 1-year extension will also help the company in procuring leases for new and slightly used vehicles.

- This should be part of an overall Forbearance Agreement waiving existing defaults.  No financial covenants would be put in place during the forbearance period other than adherence to a budget with a cushion being provided (revenue, expenses, availability).

- In the spirit of partnership, similar to the Short-term Forbearance Agreement, consideration of a notice of reserve implementation as under Section 7.2 in the attached 3-week forbearance agreement.

Please confirm Wells Fargo's approval of this structure.  I am available to discuss at your convenience.  Given the urgency of the situation and the required funding today, we require a prompt reply to this request.

Thank you,
Michael

Michael S. Greenberg
Patriarch Partners
One Broadway, 5th Floor
New York, NY 10004
Direct: 646-723-7657
Fax:  212-825-2038
Email: michael.greenberg@patriarchpartners.com
www.patriarchpartners.com

**From:** Michael Greenberg [mailto:Michael.Greenberg@PatriarchPartners.com]
**Sent:** Friday, January 15, 2016 4:12 PM
**To:** Daniel F. Fiorillo

2

**A3866**

PP-TRBK0014550

**Cc:** Adam Katz
**Subject:** RE: TransCare

Dan,

Thank you for taking the time to do the call earlier.

Have you completed the response?  Our time is running thin here and want to make sure to get feedback.

Michael

Michael S. Greenberg
Patriarch Partners
One Broadway, 5th Floor
New York, NY 10004
Direct: 646-723-7657
Fax:  212-825-2038
Email: michael.greenberg@patriarchpartners.com
www.patriarchpartners.com

3

**A3867**

Confidential