UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re

TRANSCARE CORPORATION,

                         Debtor.
------------------------------------------x
PATRIARCH PARTNERS AGENCY SERVICES, LLC, et al.,

                         Appellants,


            -against-                                     20-cv-6274 (LAK)


SALVATORE LAMONICA, etc.,

                         Appellee.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Attached to appellants' brief are 37 exhibits totaling several thousand pages. These are described on the docket sheet as follows:

| Attachment | Description | | |
|---|---|---|---|
| 1  | Exhibit 1  | 201 pages  | 9.6 mb |
| 2  | Exhibit 2  | 136 pages  | 7.6 mb |
| 3  | Exhibit 3  | 203 pages  | 5.8 mb |
| 4  | Exhibit 4  | 52 pages   | 7.6 mb |
| 5  | Exhibit 5  | 63 pages   | 9.4 mb |
| 6  | Exhibit 6  | 65 pages   | 6.7 mb |
| 7  | Exhibit 7  | 83 pages   | 7.1 mb |
| 8  | Exhibit 8  | 243 pages  | 7.5 mb |
| 9  | Exhibit 9  | 106 pages  | 8.4 mb |
| 10 | Exhibit 10 | 1218 pages | 8.0 mb |
| 11 | Exhibit 11 | 569 pages  | 8.4 mb |
| 12 | Exhibit 12 | 200 pages  | 9.6 mb |
| 13 | Exhibit 13 | 39 pages   | 2.9 mb |
| 14 | Exhibit 14 | 17 pages   | 8.7 mb |
| 15 | Exhibit 15 | 42 pages   | 4.7 mb |

Case 1:20-cv-06274-LAK   Document 14   Filed 12/28/20   Page 2 of 2
2

| | | | |
|---|---|---|---|
| 16 | Exhibit 16 | 85 pages | 9.8 mb |
| 17 | Exhibit 17 | 10 pages | 3.5 mb |
| 18 | Exhibit 18 | 82 pages | 2.4 mb |
| 19 | Exhibit 19 | 80 pages | 6.5 mb |
| 20 | Exhibit 20 | 34 pages | 7.9 mb |
| 21 | Exhibit 21 | 38 pages | 9.3 mb |
| 22 | Exhibit 22 | 16 pages | 2.6 mb |
| 23 | Exhibit 23 | 10 pages | 6.9 mb |
| 24 | Exhibit 24 | 12 pages | 7.7 mb |
| 25 | Exhibit 25 | 6 pages | 1.7 mb |
| 26 | Exhibit 26 | 13 pages | 9.6 mb |
| 27 | Exhibit 27 | 24 pages | 7.0 mb |
| 28 | Exhibit 28 | 45 pages | 8.8 mb |
| 29 | Exhibit 29 | 26 pages | 6.2 mb |
| 30 | Exhibit 30 | 27 pages | 6.1 mb |
| 31 | Exhibit 31 | 90 pages | 9.5 mb |
| 32 | Exhibit 32 | 62 pages | 7.7 mb |
| 33 | Exhibit 33 | 18 pages | 4.9 mb |
| 34 | Exhibit 34 | 20 pages | 9.9 mb |
| 35 | Exhibit 35 | 81 pages | 8.1 mb |
| 36 | Exhibit 36 | 142 pages | 7.6 mb |
| 37 | Exhibit 37 | 78 pages | 7.4 mb |

Section 5.1 of the ECF. Rules & Instructions of this Court provides:

"Filing Users must submit in electronic form all documents referenced as exhibits or attachments, unless the Court permits paper filing. Exhibits must be filed as attachments to the main document. *Each attachment must be clearly titled so the subject of the exhibit is clear.* The filing of exhibits in text searchable format is encouraged, but not required." (Emphasis added)

Accordingly, appellants, on or before January 15, 2021, shall refile their brief and the exhibits thereto. Each exhibit shall be clearly titled so that the subject of the attachment is clear and bear its date.

SO ORDERED.

Dated:   December 26, 2020

Lewis A. Kaplan
United States District Judge